# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAROLD MCENTIRE and MARY MCENTIRE**  :<br>:<br>:<br>Plaintiffs,   :<br>vs.   :<br>:<br>**WALMART SUPERCENTER #2252 and WALMART INC.**  :<br>:<br>Defendants   :<br>:<br>: | CASE NO. 5:24-cv-5992 |

## O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion for Summary Judgment of Defendants, Walmart Supercenter #2252 and Walmart, Inc., it is hereby **ORDERED** and **DECREED** the motion is **GRANTED**.

Plaintiffs, Harold and Mary McEntire's claims against Defendants, Walmart Supercenter #2252 and Walmart, Inc., are hereby **DISMISSED** with **PREJUDICE**.

BY THE COURT:

_____

J.