UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD MCENTIRE and MARY MCENTIRE : : : **Plaintiffs,** : vs. : : WALMART SUPERCENTER #2252 and : WALMART INC. : : **Defendants** : : : | CASE NO. 5:24-cv-5992 |

## CERTIFICATE OF SERVICE

I, James J. Green, Esquire, hereby certify that I have served a true and correct copy of the foregoing Motion for Summary Judgment, Concise Statement of Material Facts, and Memorandum of Law in Support of the Motion for Summary Judgment on behalf of Defendants on the 10th day of June, 2025, through this Court's electronic filing system and email, on the following:

Deepak Sharma, Esquire
The Sharma Law Office, LLC,
227 S. 7th Street,
Easton, PA 18042
Deepak@thesharmalawoffice.com
Attorney for the Plaintiffs

14

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | **BBC LAW, LLP** |
| Date: June 10, 2025 | By: | **_/s/ James J. Green, Esquire_** |
|  |  | James J. Green, Esquire |
|  |  | Harrison N. Hagelgans, Esquire |
|  |  | ID Nos. 205594/328820 |
|  |  | 2005 Market Street, Suite 1940 |
|  |  | Philadelphia, PA 19958 |
|  |  | Phone: 856-291-9771 |
|  |  | Fax: 866-368-5234 |
|  |  | Emails: jgreen@bbclawfirm.com |
|  |  |             hhagelgans@bbclawfirm.com |