# EXHIBIT "B"







