# EXHIBIT "C"

1

```
 1              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3

 4                                   :
    HAROLD MCENTIRE                  :
 5  and MARY MCENTIRE                :
            Plaintiffs              : Case No.
 6                                   : 2:24-CV-5992
        vs.                          :
 7                                   :
                                     :
 8  WALMART SUPERCENTER #2252        :
    and WALMART, INC.                :
 9          Defendants               :

10

11                     - - -

12

13  Oral deposition of HAROLD MCENTIRE, taken via Zoom

14  videoconference, on Wednesday, March 19, 2025, at

15  1:36 p.m. Eastern, before Brianne Gorgone,

16  Reporter-Notary Public, in and for the Commonwealth

17  of Pennsylvania.

18

19

20

21

22

23

24

25
```

**Page 2**

```
1   A P P E A R A N C E S :

2

3   THE SHARMA LAW OFFICE, LLC

4   BY:     DEEPAK SHARMA, ESQUIRE
            227 S. 7th Street

5           Easton, Pennsylvania 18042
            (610) 810-5090

6           Info@thesharmalawoffice.com

7           Representing the Plaintiffs

8

9   BBC LAW, LLP

10  BY:     HARRISON N. HAGELGANS, ESQUIRE
            2005 Market Street, Suite 1940

11          Philadelphia, Pennsylvania 19103
            (215) 977-4133

12          Hhagelgans@bbclawfirm.com

13          Representing the Defendants

14

15

16

17

18

19

20

21

22

23

24

25
```

**Page 3**

```
1              I N D E X

2                 - - -

3   Testimony of HAROLD MCENTIRE              PAGE

4   BY: MR. HAGELGANS                            4

5                 - - -

6            E X H I B I T S

7              (Retained)

8                 - - -

9   EXHIBIT        DESCRIPTION                 PAGE

10  Harold 1       Customer Incident Report     55

11  Harold 2       Statement                    60

12  Harold 3       Request for Production      115
                   of Documents

13

14  Harold 4       Verification                116

15  Harold 5       St. Luke's 3/1/24           118

16  Harold 6       St. Luke's 6/14/24          120

17  Harold 7       Photographs                 120

18                 - - -

19

20

21

22

23

24

25
```

**Page 4**

```
1        MS. REPORTER:  The attorneys participating

2   in this proceeding acknowledge that I am not

3   physically present in the proceeding room and

4   that I will be reporting this proceeding

5   remotely.

6        They further acknowledge that in lieu of

7   an oath administered in person, the witness

8   will verbally declare his testimony in this

9   matter under penalties of perjury.

10       The parties and their counsel consent to

11  this arrangement and waive any objections to

12  this manner of reporting.

13                 - - -

14       HAROLD MCENTIRE, after having been

15       duly sworn, was examined and testified as

16       follows:

17                 - - -

18       MR. HAGELGANS:  Usual stipulations?

19       MR. SHARMA:  Usual stipulations are fine.

20  BY MR. HAGELGANS:

21       Q.   Good afternoon, Mr. Mcentire.  How are you

22  today?

23       A.   Fine.  How are you doing?

24       Q.   Good.  Thank you for asking.  My name is

25  Harrison Hagelgans.  I'm an attorney.  Our firm
```

**Page 5**

```
1   represents Walmart regarding an accident that

2   occurred at a Walmart store on February 6th, 2024,

3   and a lawsuit's been filed, so before we get into

4   the, I guess I would say the nitty-gritty, have you

5   ever had the pleasure of being deposed before?

6        A.   No.

7        Q.   Okay.  So as you are aware, maybe your

8   attorney explained this, but I'll go over some of

9   the rules that we have.  So the first one is that

10  you're being sworn to tell the truth and nothing but

11  the truth.  Do you understand that?

12       A.   Yes.

13       Q.   All right.  And your statements today,

14  they're going to have the same effect as if you were

15  testifying, again, under oath in a courtroom.  Do

16  you understand that?

17       A.   Yes.

18       Q.   Okay.  And so I'll be asking some

19  questions and, you know, again, I want to advise,

20  this is not a memory test.  This is not an

21  inquisition.  We just want to find out what you do

22  remember and what you don't remember.  Okay?

23       A.   Yes.

24       Q.   So if you don't recall something, that's a

25  perfectly fine answer.  And let us know, because if
```

**6**

1  you give us an answer, and maybe it's a guess, we're
2  going to take that as if, you know, that's the best
3  of your recollections, that's the truth of what you
4  know.  Okay?
5      A.  Yes.
6      Q.  All right.  And so you're doing a great
7  job of this, but because the Madame Court Reporter
8  is taking everything down into a book, a transcript,
9  as we call it, we need to keep our answers verbal.
10  So I'll try my best, if you try your best.  Okay?
11      A.  Yes.
12      Q.  And because she's typing everything down
13  and we're on Zoom right now, I want to remind you to
14  give it a second or two, because we can run into
15  technical issues or, you know, there's delays, so
16  before you give an answer, give it a second or two
17  to make sure I finish my question.  Because Brianne
18  is fantastic at her job, but it's pretty difficult
19  to type down what two people are saying.  Okay?
20      A.  I understand.
21      Q.  So, again, this isn't an inquisition, so
22  if you need a break, please let us know.  I just ask
23  that if there is an outstanding question, you answer
24  the question and then we can take the break.  Okay?
25      A.  Yes.

**7**

1      Q.  Okay.  So there's some questions I ask, I
2  don't mean to offend you, I'll let you know
3  beforehand that I ask everyone them, but, you know,
4  it's some general questions, so if you have some
5  issue with it, you know, we can try to work it out.
6  Or if I ask a question that you don't understand,
7  let me know and I'll try to rephrase it.  Okay?
8      A.  That's fine.
9      Q.  Okay.  Because if you answer my question,
10  I'm going to assume that you understood it and
11  you're giving me the truth to that answer.  Okay?
12      A.  Yes, sir.
13      Q.  Okay.  So before we begin also, I ask this
14  of everyone, are you under the influence of any
15  drugs, alcohol, medication, that can affect your
16  ability to recall information, process information,
17  and give a truthful response?
18      A.  No.
19      Q.  Perfect.  So let's begin into the
20  nitty-gritty.  Can you please state your full name?
21      A.  Harold Mcentire.
22      Q.  Do you have a middle name?
23      A.  I'm sorry, Harold R. Mcentire.
24      Q.  What does the R. stand for?
25      A.  Ronald.

**8**

1      Q.  What's your date of birth?
2      A.  June 7th, 1956.
3      Q.  And where were you born?
4      A.  Easton, Pennsylvania.
5      Q.  Do you recall the town?
6      A.  That's the town, E-A-S-T-O-N.
7      Q.  My apologies, I thought you said Eastern.
8      A.  No.  You're fine.
9      Q.  Where did you go to high school?
10      A.  I went to Wilson High School.
11      Q.  Did you graduate?
12      A.  No.
13      Q.  What's the highest level of education you
14  got at Wilson High School?
15      A.  10th grade.
16      Q.  And other than the 10th grade education,
17  did you get any, like certifications for, as an
18  example, forklift, OSHA certifications, anything
19  along those lines?
20      A.  I have a forklift driver's license and I
21  also have a GED.
22      Q.  When did you get the GED?
23      A.  I want to say 1978.  1978.
24      Q.  And let me add this, because I might have
25  missed this instruction, if you need to estimate or

**9**

1  guess, like, how many feet something was or, like, a
2  date, that's fine, just please let us know you're
3  guessing.  Okay?
4          MR. SHARMA:  He's estimating.
5          THE WITNESS:  It's an estimate.
6  BY MR. HAGELGANS:
7      Q.  Yes, I understand.  I'm just reminding to
8  please let us know before.
9      A.  Okay.  Would you rather hear an
10  approximate?
11      Q.  That's fine too.
12      A.  Okay.
13      Q.  And what about the forklift driver's
14  license, when did you obtain that?
15      A.  Approximately, 1988.
16      Q.  Is that still active, has it been expired?
17      A.  It's probably expired by now.
18      Q.  Okay.  What's your current address?
19      A.  143 South 17th Street, Easton, PA, 18042.
20      Q.  How long have you lived at that address?
21      A.  43 years.
22      Q.  So is it fair to say that was your address
23  on February 6th, 2024?
24      A.  Yes.
25      Q.  And currently, who do you live with at the

10

1   143 South 17th Street address?
2       A.   That would be my wife, Mary.
3       Q.   Mary Mcentire?
4       A.   Yes.
5       Q.   Anybody else other than your wife?
6       A.   No.
7       Q.   Do you have any pets?
8       A.   No.
9       Q.   So on February 6th, 2024, did you only
10  live with your wife at 143 South 17th Street?
11      A.   Yes.
12      Q.   And on that date, no pets?
13      A.   No pets.
14      Q.   So can you describe the layout of 143
15  South 17th Street, like, as an example, apartment,
16  single-family home, duplex?
17      A.   Single-family home, yard, and garage.
18      Q.   How many stories is it?
19      A.   Three stories.
20      Q.   Is that including a basement?
21      A.   No, you got the basement, two living
22  areas, and then the attic.
23      Q.   So four floors in total, including the
24  basement?
25      A.   Yes.

11

1       Q.   You mentioned there was a yard, how big is
2   this yard?
3       A.   Approximately, 25 by 15.
4       Q.   25 feet, 25 meters?
5       A.   I'm sorry, 25 feet by 15 feet.
6       Q.   Okay.  Do you have any shrubbery,
7   vegetable garden in the backyard, anything like
8   that?
9       A.   My wife does, yes.
10      Q.   You said your wife does?
11      A.   Yes.  She loves flowers and we have a
12  privacy fence with trees.
13      Q.   This may be a silly question, but is there
14  any grass in this yard?
15      A.   Yes.
16      Q.   Who mows the lawn then?
17      A.   I do.
18      Q.   Do you use a push mower or a riding mower?
19      A.   It's an electric mower, yes, a push mower.
20      Q.   And other than mowing the lawn, do you do
21  any of the other yardwork?
22      A.   I help her out occasionally, when I can.
23      Q.   What kind of items do you help her out
24  with?
25      A.   Well, if she needs a plant, I'll dig up

12

1   the dirt with a hand scooper to make her a hole for
2   her new plant.  Little things like that.
3       Q.   Have you had to dig a hole, help her plant
4   something, with that hand scooper in the last three
5   years?
6       A.   Oh, yes, probably every summer or spring.
7   I should say spring.
8       Q.   Weird question, but do you sleep on, like,
9   the third floor, the second floor, the first floor,
10  or the basement?
11      A.   We both sleep on the first floor.  My wife
12  is disabled and for the most part, I'm disabled,
13  especially now.
14      Q.   And so I did see mention of that, so are
15  you currently receiving Social Security Disability?
16      A.   No, I'm on Social Security.
17      Q.   Oh, you're on Social Security?  Okay.
18      A.   Yes.
19      Q.   Okay.  When did you start on Social
20  Security?
21      A.   I have to think about that.  A year ago, I
22  believe.  A year and a half ago.  When you're on
23  disability, they switch you over to Social Security,
24  when you're 65.
25          MR. SHARMA:  I think his question has to

13

1       do with Social Security Disability; is that
2       right, Harrison?
3           MR. HAGELGANS:  Yeah, I mean he explained
4       it though.  He said it switched over.  Thank
5       you for clarifying.
6   BY MR. HAGELGANS:
7       Q.   And so were you on Social Security
8   Disability a year and a half ago?
9       A.   Yes.
10      Q.   Do you recall the date when you first were
11  on Social Security Disability?
12      A.   Again, approximately, 2005.
13      Q.   Do you recall the reason why you were on
14  Social Security Disability?
15      A.   Yes.
16      Q.   What was the reason?
17      A.   The reason was I was at work, I sat on a
18  picnic table, I fell and fractured T-12, and that
19  was in 2002.  I worked two years and I couldn't do
20  my job no more, so they put me on disability because
21  I had chronic back spasms, muscle spasms.
22          MS. REPORTER:  I'm sorry, you fractured
23      what?
24          THE WITNESS:  T-12, in my back.
25          MS. REPORTER:  Thank you.

14

1  BY MR. HAGELGANS:
2      Q.   Just for my clarification, by T-12, do you
3  mean the spinal disc T-12?
4      A.   Yes.
5      Q.   Okay.  So since you've been on Social
6  Security Disability, have you worked any jobs or had
7  any form of employment?
8      A.   No.
9      Q.   I don't want to go too much into your
10 wife's medical, I just want to kind of know the
11 basis of her disability, as you mentioned.
12     A.   Yeah.  She's had five lower back surgeries
13 and she had four neck surgeries, and she has a spine
14 stimulator in her neck to help her with pain.
15     Q.   And just to be clear, are you testifying
16 at your attorney's office?
17     A.   Yes.
18          MR. SHARMA:  Yes, we are in my conference
19 room.
20          MR. HAGELGANS:  Is there anyone else in
21 the room?
22          MR. SHARMA:  No.
23          MR. HAGELGANS:  Okay.
24 BY MR. HAGELGANS:
25     Q.   So I saw mentioned in your records that

15

1  you have military experience?
2      A.   Yes.
3      Q.   What branch were you in?
4      A.   I was in the Army.
5      Q.   Thank you for your service.  My friend was
6  in the Army.
7      A.   Thank you.
8      Q.   When were you, I guess, honorably
9  discharged, finished your, I guess, service term?
10     A.   That was in 1977.
11     Q.   I'll get back to the house now.  So do you
12 do currently any chores around the home?
13     A.   Well, occasionally I'll help her vacuum
14 the rug.  I do some cooking.  When I say do cooking,
15 I have a chair that I have to sit down on, because I
16 can't put much pressure with my back, the way it is.
17     Q.   I just want to be clear, other than
18 occasionally vacuuming the rug and doing some
19 cooking, do you participate in any other household
20 chores around the home?
21     A.   If she does laundry, I'll fold laundry
22 clothes for her, like I said, sitting in a chair.
23 I'm limited to what I can do because of the pain.
24     Q.   Where is the washing machine in your home?
25     A.   In the kitchen.

16

1      Q.   Is that on the first floor?
2      A.   Same floor, yes, everything is on the
3  first floor, except the shower, which is the second
4  floor.
5      Q.   Do you help with any of the dusting or
6  moving furniture around the home?
7      A.   No, everything pretty much stays where
8  it's at.
9          [Simultaneously talking.]
10     Q.   Oh, go ahead.
11     A.   I don't dust.
12     Q.   Does your wife dust?
13     A.   Yes.
14     Q.   When it comes to grocery shopping, do you
15 do the grocery shopping?
16     A.   Yes.
17     Q.   Have you always done the grocery shopping?
18     A.   Yes.
19     Q.   Any issues when you're doing the grocery
20 shopping?
21     A.   As long as I have a cart.
22     Q.   I'm sorry, what was that?
23     A.   As long as I have a cart that you put
24 groceries in, so I can help myself stand up.
25     Q.   And prior to February 6th, 2024, did you

17

1  need a cart to stand up as well?
2      A.   Yeah, pretty much so.
3      Q.   And are you the one responsible for, like,
4  taking out the trash in the household?
5      A.   Yes.
6      Q.   As part of that, are you the one that, you
7  know, picks the bags up, ties them up, and throws
8  them in a garbage can and takes them out?
9      A.   Well, I usually just take the bags out and
10 set them on our sidewalk.
11     Q.   And you were doing that same method of
12 just taking the bags to the sidewalk prior to the
13 accident on February 6th, 2024?
14     A.   Yeah, ever since we lived there.
15     Q.   Okay.  And you mentioned doing the
16 vacuuming occasionally.  Do you also, like, if
17 there's hardwood floors to mop, do you do that as
18 well?
19     A.   No.
20     Q.   Have you ever done the mopping around the
21 house or has that been a task for your wife?
22     A.   That's my wife.
23     Q.   Okay.  So I want to ask a little bit about
24 your prior history to the accident.  So you
25 mentioned you have a fractured T-12.  Did that

18

1  require any surgery?
2      A.   No, I had acupuncture, which didn't help.
3  So I was put on medication, oxycodone.  And that
4  seemed to help with the pain, because of the back
5  spasms, the muscle spasms, I had a hard time
6  walking.  My posture was off because of the spasms
7  and that's what created all of the pain, which
8  ultimately put me on disability.
9      Q.   So as a result of the, you know, fractured
10 T-12, are you still receiving oxycodone?
11     A.   No.
12     Q.   And I saw that you also had a hip
13 replacement?
14     A.   Yes, a right hip replacement.
15     Q.   Did you say right hip replacement?
16     A.   Yes.
17     Q.   Now, the need for the right hip
18 replacement, was that due to any injury --
19     A.   I --
20     Q.   -- fall or other incident?
21     A.   I'm sorry, I spoke a little too soon.  My
22 hip started popping on me and I went to see an
23 orthopedic doctor and after he did x-rays, he said
24 that I needed a hip replacement.
25     Q.   What doctor?

19

1      A.   Dr. Brogle.
2      Q.   Is that B-O-G-U-L?
3      A.   B-R-O-G-L-E.
4      Q.   Do you know where he was practicing at?
5      A.   St. Luke's, Fountain Hill, that's in
6  Bethlehem, Pennsylvania.
7      Q.   Do you recall when you first saw this
8  doctor for your hip?
9      A.   Ten years ago, approximately.
10     Q.   Do you recall when you had -- when you had
11 the surgery for the right hip replacement?
12     A.   Again, approximately ten years ago now.
13     Q.   And did that require any subsequent
14 surgery, either to, you know, fix the materials used
15 in the surgery, any sort of surgery to kind of fix
16 anything?
17     A.   I needed the hip replacement, so that is a
18 surgical --
19     Q.   Let me rephrase --
20          [Simultaneously talking.]
21     MR. HAGELGANS:  Let me rephrase.  It's a
22 bad question.
23     MR. SHARMA:  Yeah, go ahead.
24 BY MR. HAGELGANS:
25     Q.   So after that first right hip replacement

20

1  surgery, did you require a subsequent right hip
2  surgery to, like, fix the hardware inside, remove
3  the hardware, anything along those lines?
4      A.   Yes.
5      Q.   And when was that second surgery?
6      A.   That second surgery was five years after
7  he put it in me, but he didn't do the second
8  surgery.
9      Q.   Who did the second surgery, if you can
10 recall?
11     A.   It was Dr. Becker in Lancaster,
12 Pennsylvania.
13     Q.   I'm from Lancaster.
14     A.   You are?
15     Q.   Yeah.
16     A.   Congratulations.
17     Q.   Thank you.
18     A.   That's a nice place down there.
19     MR. SHARMA:  Nice farmer's market.
20     MR. HAGELGANS:  Yeah, we have a lot going
21 on recently.
22 BY MR. HAGELGANS:
23     Q.   Do you recall the facility he worked at,
24 at that time?
25     A.   I know I went to see him in his office a

21

1  few times, the address, I don't know.
2      Q.   That's fine.  Do you know the name of the
3  place?
4      A.   Well, his name is Dr. Becker.  He's an
5  orthopedic surgeon.  Lancaster Hospital.
6      Q.   Lancaster General Hospital?
7      A.   That's it.  That's it.
8      Q.   And just to be clear, that's the hospital
9  that's, like, in the City of Lancaster?
10     A.   Yes.
11     Q.   Okay.  And so after you had this second
12 surgery, five years ago, performed by Dr. Becker,
13 did you have any other surgeries after that, for
14 your right hip?
15     A.   No.
16     Q.   And regarding, we'll start with your left
17 knee, prior to February 6th, 2024, have you ever
18 injured your left knee?
19     A.   Yes.
20     Q.   Okay.  When did you injure your left knee
21 prior to February 6th, 2024?
22     A.   Again, I'm going to have to give you an
23 approximate.  Ten years, eleven years.  I twisted
24 the wrong way and I tore my ligament and I was taken
25 out.  I had surgery.  I don't know who did the

22

1  surgery.  You would have to look that up.
2      Q.    And after this surgery about approximately
3  ten or eleven years ago, did you have any other
4  treatment prior to the accident for your left knee?
5      A.    No, I had no issues at all with either
6  knee.
7      Q.    I'm going to go to the right knee.  Prior
8  to the accident, any injuries or surgeries to the
9  right knee?
10     A.    No.
11     Q.    Your lumbar spine, prior to February 6th,
12 2024, have you had any injuries, surgeries related
13 to your lumbar spine?
14     A.    No.
15     Q.    And do you know the area I'm talking
16 about, when I say the lumbar spine?
17     A.    Yes, L4-L5, S1.
18         MR. SHARMA:  Lower back.
19         THE WITNESS:  Lower back.
20 BY MR. HAGELGANS:
21     Q.    I just want to make sure, because I used
22 the term, I want to make sure you understand it.
23     A.    Yes.
24     Q.    Okay.  So I saw in some of the notes that
25 you had a spinal stimulator implanted.

23

1      A.    Yes.
2      Q.    Okay.  When did you have the spinal
3  stimulator implanted?
4      A.    Well, I was having a test done to see if
5  it was going to help me and after -- I want to say
6  September, in that area and then I had a permanent
7  one put in.  They give you a trial period, to see if
8  it's going to work for you.  And during that week,
9  when they put that in me for back spasms, the muscle
10 spasms, I was feeling wonderful.  I mean, I could --
11 I walked a quarter of a mile within a week, no
12 problems at all.  And then they took it out and put
13 a permanent one in me.  Dr. Goldberg, he put the
14 permanent one in me and that was, I believe,
15 October, and I had November, December, January, and
16 February with no problems.  I was working my way up
17 to walking a half a mile and I still didn't have any
18 back spasms, I was feeling great, until I fell.
19     Q.    Just to keep my time line period, the
20 trial period was in September of 2023?
21     A.    Yes.  I believe it was in September.
22     Q.    And then -- I understand that's what you
23 remember.  But then the permanent implant, after the
24 trial period, that was October of 2023?
25     A.    Yes.

24

1      Q.    Why was the spinal stimulator, like,
2  suggested and this test period given?
3      A.    To help my back spasms.
4      Q.    And which part of your back, lumbar, the
5  thoracic?
6      A.    My lower back.
7      Q.    Okay.
8      A.    The muscles, when I would walk, because I
9  fractured T-12, I wasn't -- the way it was explained
10 to me was my posture more than anything and then my
11 wife, she has a stimulator.  I went to see her
12 doctor, Dr. Qureshi, and between him and I, we got
13 talking about a stimulator.
14     Q.    Dr. Qureshi, can you spell that for myself
15 and also the Court Reporter?
16         MR. SHARMA:  I don't think he can.  But I
17     could for you, if you would like.
18         MR. HAGELGANS:  That's fine, yeah.
19         MR. SHARMA:  It's Q-U-R-E-S-H-I, his first
20     name is Farooq, F-A-R-O-O-Q.  He's with St.
21     Luke's Spine and Pain.
22         MR. HAGELGANS:  Thank you.
23 BY MR. HAGELGANS:
24     Q.    So, just so I understand, your wife had
25 the spinal stimulator, it gave her good results so

25

1  then you got interested and went to Dr. Farooq
2  Qureshi about the spinal stimulator?
3      A.    Yes.
4      Q.    Okay.
5      A.    Because when I first got hurt with T-12,
6  nobody mentioned anything about stimulators.  I
7  didn't even know they had them.  And my wife was one
8  of the first to get one put in her.
9      Q.    So I'm going to start getting into some of
10 the questions I ask everyone.  Okay?  So I don't
11 want you to -- do you need a break, by the way?
12     A.    Can you just let me stand up for a minute?
13     Q.    Yeah.
14         MR. HAGELGANS:  Can we take like a
15     two-minute break?
16         MR. SHARMA:  Yeah.  Let's do that.
17         (Recess taken at 2:10 p.m.)
18         (Returned at 2:12 p.m.)
19 BY MR. HAGELGANS:
20     Q.    Now that we're back, I just wanted to
21 advise you again, if you need a break, let us know.
22 Okay?  We can take as many as you need to get
23 through this.
24     A.    Okay.
25     Q.    All right.  Have you ever been diagnosed

26

1  with diabetes?
2      A.   Yes.
3      Q.   Do you recall when you were first
4  diagnosed with diabetes?
5      A.   Approximately, six months ago.
6      Q.   Do you see a rheumatologist?
7      A.   No, my family doctor put me on metformin,
8  a medication for diabetics.
9      Q.   Who is your family doctor?
10     A.   Dr. Moroso.
11     Q.   Where does he practice at?
12     A.   He's with Lehigh Valley Hospital.  He's
13  been my family doctor for over 20 years.
14     Q.   And what about arthritis, have you ever
15  been diagnosed with arthritis?
16     A.   Oh, yeah, I have arthritis throughout my
17  whole body.
18     Q.   Do you recall when you were first
19  diagnosed with arthritis?
20     A.   I figure it basically comes with age,
21  doesn't it?  As you get older, everybody gets
22  arthritis.
23     Q.   I'm not a medical doctor, so I don't want
24  to give an opinion on that, but I'm trying to figure
25  out when you were first, that you can recall,

27

1  diagnosed with arthritis?
2      A.   Oh, I don't have a clue.  I mean --
3          MR. SHARMA:  Were you ever diagnosed with
4      arthritis?
5          THE WITNESS:  Well, during X-rays and
6      different doctors --
7          MR. SHARMA:  So do your best to
8      approximate for him --
9          THE WITNESS:  -- you move your arm and
10     have a little pain and it hurts.
11  BY MR. HAGELGANS:
12     Q.   Well, let's do it -- by the way, can I
13  call you Harold or Mr. Mcentire?
14     A.   You can call me Harold.
15     Q.   So, Harold, was it more than 20 years ago,
16  were you diagnosed with arthritis?
17     A.   No, I was working.  I mean, I know I
18  had -- I was climbing stairs and stuff like that,
19  you get sore in the morning, that's part of
20  arthritis.  I don't really know how to answer that.
21  I'm not a doctor.
22     Q.   Yeah.  So I'm just trying to figure out
23  when a doctor has told you, you have arthritis.
24  That's what I'm trying to figure out.  Do you
25  recall, at least an approximate --

28

1          MR. SHARMA:  I'm going to object to the
2      form of the question.  But you can answer.
3          THE WITNESS:  Well, I would say, when I
4      had my knee -- or my hip replacement, he said I
5      have some arthritis in there.
6  BY MR. HAGELGANS:
7      Q.   Well, we will break that down then.  What
8  about in the -- prior to the accident, have you ever
9  been diagnosed with arthritis or osteoarthritis?
10     A.   When I fractured T-12 and they did x-rays,
11  they said I had some arthritis.
12     Q.   Again, another question that I ask
13  everyone, but have you ever been diagnosed with
14  obesity?
15     A.   Yes.
16     Q.   Do you recall the first time you were
17  diagnosed with it by a doctor?  By "it," I mean
18  obesity.
19     A.   I don't recall.  I weighed 168 at one
20  time.  I'm down to 240.  I'm trying to get lower,
21  because I stopped eating sugar.
22     Q.   Did you stop eating sugar in relation to
23  the diagnosis of diabetes six months ago?
24     A.   Yes.
25     Q.   Okay.  Has any doctor made recommendations

29

1  for weight loss prior to February 6th, 2024?
2      A.   Not really, no.
3      Q.   Have you ever been diagnosed with high
4  blood pressure, prior to February 6th, 2024?
5      A.   Yes.
6      Q.   Do you recall the date?
7      A.   Oh, man.  I'm going to approximate, ten
8  years.
9      Q.   Are you taking any medication related to
10  the high blood pressure?
11     A.   Yes.
12     Q.   What's the medication?
13     A.   Oh boy.  I'm going to have to give my list
14  of medicines to my attorney and let him send them to
15  you.
16     Q.   Okay.
17          MR. SHARMA:  Yeah, we can do that.
18  BY MR. HAGELGANS:
19     Q.   Do you smoke cigarettes or any other
20  nicotine products?
21     A.   No.
22     Q.   At the time of February 6th, 2024, were
23  you smoking cigarettes or any other nicotine
24  products?
25     A.   I haven't smoked in about 15 years.

30

1    Q.   Congratulations.
2    A.   Thank you.
3    Q.   What about alcohol, do you drink alcohol?
4    A.   No, I haven't drank in eight years.
5    Q.   Just to be clear, you don't drink any
6  alcohol at all, not even celebrations, anything like
7  that?
8    A.   No.
9    Q.   Okay.
10   A.   I don't drink.  I live a boring life.
11   Q.   All right.  So I want to get started on
12  discussing the incident.  So when I say "the
13  incident," can we agree it was an alleged
14  trip-and-fall at 3722 Eastern Nazareth Highway,
15  Easton, PA on February 6th, 2024?
16   A.   Yes.
17   Q.   Okay.  So prior to the date of the
18  incident, have you ever been to that Walmart store,
19  at that location?
20   A.   Yes, many times.
21   Q.   Many means many different things to
22  everyone.  So let's just go with an average, on a
23  monthly basis, how many times would you go to that
24  Walmart?
25   A.   I would say three times a month.

31

1    Q.   Did you go to that Walmart for, like,
2  grocery shopping, you know, cleaning supplies, et
3  cetera, or was it more just of a sporadic reason?
4    A.   Grocery shopping, clothes shopping.
5    Q.   Prior to February 6th, 2024, have you had
6  any, you know, slip-and-fall injuries or other, you
7  know, general issues with that Walmart?
8    A.   None.
9    Q.   Have you ever walked down, like, the
10  aisles where they have those, you know, skids with
11  all of the products, prior to the incident?
12   A.   Yes.
13   Q.   Prior to February 6th, 2024, did you ever
14  have any issues with those skids with the products
15  stacked on top of them?
16   A.   No.
17   Q.   So on February 6th, 2024, how did you get
18  to the Walmart?
19   A.   I drove to the Walmart.
20        MR. HAGELGANS:  Can we go off the record?
21        (At this time, a discussion
22             was held off the record.)
23  BY MR. HAGELGANS:
24   Q.   So you mentioned that you drove to the
25  Walmart, I should have asked this earlier, what

32

1  vehicle do you own?
2    A.   2007 Honda Odyssey.
3    Q.   I'm not a big car guy, is that like a
4  sedan, a truck?
5    A.   It's a van, a minivan.
6    Q.   And other than the 2007 Honda Odyssey
7  minivan, do you own any other vehicle?
8    A.   No.
9    Q.   And for, you know, when you and your wife
10  do any chores, you know, have to get around, who
11  drives?
12   A.   I do.
13   Q.   Is that true to this day, you're the one
14  that drives around?
15   A.   Yes.  My wife, she hasn't driven in four
16  years.
17   Q.   Is there a reason why she hasn't driven in
18  four years?
19   A.   She's disabled.  She has drop foot.  She's
20  got a lot of issues.
21   Q.   So do you recall what time you left your
22  house to go to the Walmart?
23   A.   I would say, approximately be 8:30.
24   Q.   Is that a.m. or p.m.?
25   A.   A.m.

33

1    Q.   And how long of a drive is it, usually, on
2  average, from your house to the Walmart?
3    A.   Approximately, seven minutes.
4    Q.   Any issues on the way to Walmart, like on
5  your drive, any accidents, anything like that?
6    A.   No.
7    Q.   Okay.  And do you recall what time you
8  would have arrived at the Walmart?
9    A.   I would say, 8:37, 8:38.
10   Q.   And is it fair to say you parked in the
11  parking lot when you got there?
12   A.   Yes.
13   Q.   Okay.  And so when you walked to the
14  Walmart, from the parking lot, did you have any
15  issues there, like trip-and-fall, anything like
16  that?
17   A.   No.
18   Q.   So instead of me asking you a bunch of
19  questions, why don't you tell me what happened, what
20  you recall from when you entered the Walmart to the
21  incident and then I can ask my questions.
22   A.   Okay.  I parked in the handicap spot
23  because I have a handicap permit.  I walked into the
24  Walmart.  I was on a mission.  My wife's birthday is
25  March 18th.  I was on a mission to get her a Bissell

---

**34**

1  vacuum cleaner.  So I got a cart.  I was walking up
2  and down the aisles, looking at different vacuum
3  cleaners.  They had Shark, different name brands
4  that I can't recall.  And I picked up one of them
5  because I didn't know the price of it, so I asked
6  one of the workers and he told me to walk across the
7  store, there was a girl that had a phone that can
8  scan the bar code to tell me how much it cost, which
9  I did.  I took the vacuum cleaner back, put it on
10 the shelf.  I walked out of the aisle.  I seen the
11 Bissell cleaner pallet or skid, whatever you want to
12 call it, and it said $69.  So after looking at it,
13 it had a piece to it that you do your steps and my
14 wife always ends up breaking it, but I figured,
15 well, I'll get her it anyway.  I picked the box up
16 off the skid.  I went to turn to put it in the cart.
17 Before I could even move my legs, they got locked up
18 from a box that fell in front of me.  I hit the
19 floor with both knees, I was in horrific pain.  I
20 thought I broke both kneecaps.  Then I moved over
21 and helped myself up on one of the racks.  I then
22 put the vacuum cleaner in the cart.  I went to an
23 aisle one over and there, there was another Bissell
24 pallet or skid, whatever you want to call it, and
25 that one was for $59, because it did not have that

**35**

1  end piece that she uses for the stairs.  She breaks
2  that all of the time anyway, and then I took that.
3  At that point, I was in so much pain, I paid for the
4  vacuum cleaner and I left the store.
5        I went home to get my stimulator,
6  because my back was in a lot of pain.  I turned the
7  stimulator up.  I showed my wife, by that time, my
8  knees had already swollen up.  And she said to me,
9  you better go back there and report this to Walmart.
10 So I did.  I drove, like I said, approximately seven
11 minutes back to Walmart.  I got a manager.  And I
12 reported the issue to the manager.  He had me
13 waiting there for a good 40 minutes before asking me
14 where the incident took place.  We walked back to
15 the skid and I looked at him and I said, it looks
16 like you did a beautiful job fixing this skid back
17 up because it wasn't like that when I was shopping
18 there.  There is the story.
19     Q.  Okay.  So I got a lot of questions, as you
20 probably can guess.  When you went in there, okay,
21 you said you went into one of aisles and you saw
22 that there was vacuum cleaners on the shelf?
23     A.  Yes.
24     Q.  Okay.  Do you recall what aisle that was?
25     A.  No, I don't know what number aisle it was.

**36**

1  I went to where the vacuums are stacked on the
2  shelves.
3     Q.  And then when you were looking at the
4  vacuum, you found one, you didn't know the price, so
5  you picked it up and put it in your cart?
6     A.  Yes.
7     Q.  Okay.  And so when you -- you talked to an
8  employee, was it in that same aisle where you picked
9  up the vacuum?
10    A.  No, he was in a different area.  I walked
11 over and I asked him if he knew the price of it,
12 that's when he pointed me to a girl, she was back by
13 the toy aisle.
14    Q.  Back by the what aisle?
15    A.  The toys.  Where the toys are.
16    Q.  Oh, toys.
17    A.  And she scanned it.  I forget what the
18 price was, but it was more than I wanted to spend.
19    Q.  Okay.  And so when you looked at these
20 vacuums, you put -- you know, you picked it up, you
21 put it in your cart in that aisle.  Did you turn
22 left to go out of the aisle or turn right?
23    A.  Facing the vacuums, it would be to my
24 left.
25    Q.  Okay.  So when you get to the end of that

**37**

1  aisle, after you turn left, would the pallet that
2  eventually, you know, had the vacuums that fell,
3  that was that pallet there in that aisle?
4     A.  You're going to have to define aisle for
5  me.
6     Q.  Sure.  Let me rephrase.  So when you got
7  to the end of the aisle where that vacuum cleaner
8  you first picked up and put in your cart --
9     A.  That came off a shelf.
10    Q.  Yes, that's what I'm saying.  You got it
11 off the shelf, you turned to the left and walked to
12 the end of the aisle?
13    A.  Right.
14    Q.  And you know how then, it's like a bigger,
15 main area that you walk?
16    A.  Yes.
17    Q.  Okay.  So at that point, when you're at
18 the end of the aisle where you got the vacuum from
19 the shelf and you're at the main walkway area, is
20 that where the skid or pallet was located that had
21 the vacuum that fell?
22    A.  I don't recommend [sic], because that's
23 where I ran into an employee to find out if he could
24 tell me the price of the box.
25        MR. SHARMA:  I'm sorry, did you say you

**38**

1    don't recommend or you don't recall?
2        THE WITNESS:  I don't recall.
3        MR. SHARMA:  Okay.
4  BY MR. HAGELGANS:
5        Q.   Okay, don't recall.
6        A.   I wasn't looking at that vacuum at that
7   time.  I was concerned with the one I had.
8        Q.   Do you recall walking by this
9   pallet, slash, skid any time prior to you, you know,
10  attempting to pick the vacuums off of it?
11       A.   No, I don't recall.
12       Q.   So I want to talk a bit about when you
13  returned to the area and saw the pallet that
14  allegedly caused your fall later.  Do you know,
15  like, how were the vacuums stacked, if you can
16  recall?
17       A.   They were stacked.  Well, a vacuum box is
18  oblong, so they were stacked -- double stacked, on
19  the skid or pallet.
20       Q.   So by double stacked, you mean there was
21  essentially one box, like, right on top of the skid
22  and then another box right on top of that vacuum
23  box, fair?
24       A.   Boxes.
25       Q.   Boxes.  And so the second box, the one

**39**

1   that's stacked on that first set of boxes, was it
2   stacked vertically or horizontal?
3        A.   There was one horizontal, that was open
4   and I believe there was four or five that were
5   stacked horizontal -- or horizontal [indicating].
6        Q.   Okay.  So I saw your hand going up and
7   down --
8             [Simultaneously talking.]
9        Q.   -- do you mean vertical?
10       A.   Vertical.  I'm sorry.
11       Q.   Do you recall how many boxes, you know,
12  were on that first level of them, how many were
13  there, stacked?
14       A.   I wouldn't know.  They were on the skid.
15  Some of them were hanging off the skid itself.  The
16  box wasn't all the way on the skid.
17       Q.   And the ones that were hanging off, as you
18  mentioned, hanging off the skid, did you see that
19  when you approached the skid, you know, at first?
20       A.   No.
21       Q.   When did you notice that some were hanging
22  off the skid?
23       A.   After I picked the one up and the one that
24  was hanging off fell.
25       Q.   So when you approach the skid, you know,

**40**

1   you see the price, and you mentioned it was $69, did
2   you, you know, see if there was a bottom one that
3   would be able to be picked up, instead of one of the
4   top ones?
5        A.   No.  I was looking at the top ones.
6        Q.   Can you describe to me how you took this
7   vacuum cleaner that was on the top, off of the
8   pallet?
9        A.   I picked it up, I turned [indicating], and
10  as I turned to walk towards my cart, my legs got
11  locked up and I hit the floor.
12       Q.   And so I just want to clarify something,
13  when you say you picked it up, you showed your two
14  hands outstretched and, like, going up, maybe a
15  couple of inches; is that fair -- a fair
16  characterization of how you picked up the box?
17       A.   Yeah.
18       Q.   So the box didn't drag at all when you
19  picked it up?
20       A.   Not that I recall, no.
21       Q.   So you mentioned then after you picked it
22  up, you turned.  Did you turn to the left or to the
23  right?
24       A.   I turned to the left.
25       Q.   And you mentioned that your legs then got

**41**

1   locked up, so was it, like, your knees got locked up
2   or --
3        A.   No, my legs, my feet.  I couldn't move my
4   feet and I just felt myself falling forward.  And
5   the box that I had in my hand, I dropped, because I
6   had to catch myself.  After I hit my knees, I caught
7   myself or my whole face would have went into the
8   concrete.
9        Q.   So did the boxes, like -- how many boxes
10  fell?  Let me ask that.
11       A.   I don't know; one, two.
12       Q.   And before your fall, did you feel the box
13  at all on your feet, your legs?
14       A.   No.  It caught me by surprise.
15            MR. SHARMA:  What do you mean before the
16       fall, Harrison?  Do you mean, like, as he was
17       tripping over the box, did he feel it?
18            MR. HAGELGANS:  Well, he mentioned his
19       legs got locked up, so I'm trying to figure out
20       what caused his legs to lock up, so...
21            MR. SHARMA:  Okay.  He can answer that --
22            THE WITNESS:  The vacuum cleaner box.
23            MR. SHARMA:  I think he mentioned saying
24       that he tripped over the box, not that his legs
25       locked up, but --

42

```
1          [Simultaneously talking.]
2          MR. HAGELGANS:  He testified that it
3     locked up?
4          THE WITNESS:  Can I say something?
5     BY MR. HAGELGANS:
6     Q.   Yes.
7     A.   Okay.  When I lifted the box up and
8     turned, if I wouldn't have touched that box, that
9     box kept the lower box in place.  So when I lifted
10    that vacuum cleaner box up, that box did a free
11    fall, because it was half off the cart already.
12    Q.   You mentioned the box was already half
13    off, so is it fair to say, based on that testimony,
14    prior to your fall, you saw that the box was half
15    off the skid or pallet?
16    A.   No.
17    Q.   How are you opining that the box was half
18    off at that time?
19    A.   Because it free-fell and then when I got
20    back up and regained myself, I looked at the skid,
21    and there were boxes half off of the skid.
22    Q.   What about the box that allegedly caused
23    your fall, at any time prior, did you see it half
24    off?
25    A.   No.
```

43

```
1     Q.   What about the other boxes on the skid,
2     did you see those other boxes, you know, half off
3     the skid any time prior to your fall?
4     A.   No.
5     Q.   And so I want to just go back to what you
6     said about the legs locking up.  Can you tell us,
7     explain to us what you mean by that, like, did it
8     feel like you couldn't move your feet, your knees?
9     A.   My legs locked up.  I couldn't move my
10    feet or my knees and I did a free-fall down onto the
11    concrete floor and I hit both knees at the same time
12    and it was the most pain I felt in my life.
13    Q.   Did you feel the box at all, like, push
14    you?
15    A.   No, the box didn't push me.  I just fell
16    over, because that's the direction I was going.
17    Q.   Do you recall the box touching you at all,
18    prior to your fall?
19    A.   Not until I was already going down onto my
20    knees, then I realized I was tripping over a box.
21    Q.   And so did you land on any box, did you
22    land with your hand, can you describe, like, which
23    part of your body hit the ground first?
24    A.   My knees.
25    Q.   Both knees at the same time?
```

44

```
1     A.   Both knees at the same time.
2     Q.   And what part of your body hit the ground
3     after both of your knees?
4     A.   Well, after I was falling, the box that I
5     had, I let loose to catch myself with my hands, so I
6     wouldn't fall further into the concrete.  They have
7     concrete floors there, which I'm sure you know.
8     Q.   Did you hit any part of your back?
9     A.   Nope, just the knees.
10    Q.   And can you describe the pain that you
11    felt in your knees?
12    A.   Well, like I said, I thought I broke both
13    my knees and I also had my lower back had pain in it
14    because of the way I fell.
15    Q.   So the pain in the knees, was it
16    throbbing, needles, burning?
17    A.   Like I said, it felt like my kneecaps
18    broke, very painful, sharp pains, throbbing.
19    Q.   I know you said it felt like it broke, but
20    on a scale of one to ten, how would you rate the
21    pain?
22    A.   Ten, both knees ten.  Like I said, I
23    never -- I never fell that hard in my life.
24    Q.   Even when you fell and fractured your
25    T-12?
```

45

```
1     A.   Yeah, even worse than that, yes.
2     Q.   And what about your hands, did you have
3     any pain at that time?
4     A.   No, my hands, thank God, were okay.
5     Q.   And you mentioned the lower back, same
6     kind of series of questions, how would you describe
7     the pain; throbbing, aching?
8     A.   Aching, shooting pains.
9     Q.   And on a scale of one to ten?
10    A.   I would say, I would give my back, maybe
11    an eight, at that time.
12    Q.   And I may have missed this detail, but how
13    did you get off the ground?
14    A.   I pulled myself up on the rack.  I was
15    looking around for somebody to help me.  I was,
16    like, in shock, but there was nobody there that I
17    saw at that time.  It was early in the morning.
18    Q.   When you fell, did you yell at all, like,
19    out in pain?
20    A.   No.
21    Q.   And so do you recall how long it took you
22    to get up?
23    A.   Approximately, 30 seconds.  I was -- like
24    I said, I was looking for somebody to help me, but
25    there was nobody there.
```

46

```
1      Q.   After your fall, did you try looking for
2  someone?
3      A.   Yes, I looked around, there was nobody
4  there.
5      Q.   And so then after you fell, you looked
6  around, no one was there.  You mentioned you then
7  saw another pallet, did I get that -- did I
8  understand your testimony correctly?
9      A.   That I saw another pallet?
10     Q.   Yeah.  Let me ask this --
11          MR. SHARMA:  The $59 one, is that what you
12  mean?
13          MR. HAGELGANS:  Yeah.
14          THE WITNESS:  Oh yeah, when I was leaving
15  the store, I went to go check out and I took
16  the one I had for $69, put that on the skid and
17  took the $59 one out, just to save ten bucks
18  and I checked out of the store.
19  BY MR. HAGELGANS:
20     Q.   So then when you saw that new -- the 59
21  vacuum cleaner, you were able to pick the $69 one
22  out of your cart?
23     A.   Yes.
24     Q.   And no issues picking it up?
25     A.   No.  They weigh approximately 12 to
```

47

```
1  15 pounds, in the box.
2      Q.   And then after picking it up out of your
3  cart, you put it on that $59 vacuum skid?
4      A.   Yes.
5      Q.   Okay.  So then you were actually able to
6  pick up the $59 vacuum?
7      A.   And put that in my cart.
8      Q.   You had no issue picking up the $59 vacuum
9  and putting it in the cart?
10     A.   Well, I was in pain, but I needed -- I was
11  there to get my wife a birthday present.
12     Q.   So did you -- well, let me ask this:  From
13  that $69 vacuum skid to the checkout area, do you
14  know how long of a walk it was?
15     A.   Not even a half a block.
16     Q.   And did you do self-checkout or did you
17  check out with a cashier?
18     A.   Self-checkout.
19     Q.   Did you see anyone at the self-checkout,
20  like, a Walmart employee?
21     A.   They were there.  I mean, I didn't need
22  them.  I just wanted to get home.
23     Q.   I understand.  I mean, did you speak to
24  the employee and report that you fell?
25     A.   No.
```

48

```
1      Q.   Did you ask them to call an ambulance?
2      A.   No.  I wanted to get my stimulator.
3      Q.   And so did you have any issues checking
4  out, using the self-checkout?
5      A.   No.
6      Q.   And so then is it fair to say after you
7  used the self-checkout, paid for it, you then walked
8  back to your car?
9      A.   Yes.
10     Q.   Do you recall how far away you parked from
11  the exit?
12     A.   I was right there at the handicap, there
13  was like -- I don't know, 20 feet, 30 feet.
14  Handicap parking spot.
15     Q.   And, again, you were able to walk from the
16  entrance -- or the exit to your car without any
17  issue?
18     A.   Well, other than a limp.  I was hurting.
19     Q.   With the limp, were you limping with one
20  leg, like, which leg were you limping with?
21     A.   Both.  Both legs.  They were hurting.  I
22  was hurting.
23     Q.   Did you call your wife at all to let her
24  know what had happened?
25     A.   No, I went home.  Like I said, it's seven
```

49

```
1  minutes away.
2      Q.   Do you need a break at this time?  I just
3  want to make sure.
4      A.   No, I'm fine.  Go ahead.
5          MR. SHARMA:  You know, I could use -- I'm
6  going to use the bathroom.  Can I take two
7  minutes?
8          MR. HAGELGANS:  Yeah.  Let's take another
9  break.
10          (Recess taken at 2:53 p.m.)
11          (Returned at 2:56 p.m.)
12  BY MR. HAGELGANS:
13     Q.   So when you got home -- when you arrived
14  home, after the incident, did you go -- what did you
15  do?
16     A.   I went in my home and I told my wife what
17  happened and she looked at my knees and they were
18  swollen, they had fluid in them.  And she told me I
19  better go back and report it.
20     Q.   And did you go back that same day to
21  report it?
22     A.   Yes.
23     Q.   Why didn't you seek medical attention?
24     A.   I did, the following day.
25     Q.   I understand that.  My question is:  Why
```

**50**

1  didn't you seek medical attention on February 6th,
2  2024?
3        MR. SHARMA:  He went to turn up his spinal
4     stimulator, that was his testimony.
5        MR. HAGELGANS:  Well, I want to hear it
6     from him.
7        THE WITNESS:  That's what it was.  I got
8     my stimulator, I turned that up, which helped
9     me to follow a manager around.
10  BY MR. HAGELGANS:
11     Q.   Did it help with your swollen knees?
12     A.   No.
13     Q.   Did you consider going to see a doctor
14  about the swollen knees on February 6th, 2024?
15     A.   Not on the 6th, no.
16     Q.   Why not?
17     A.   I didn't know I was that damaged.
18     Q.   What about with the lumbar spine, did
19  turning up the stimulator help with the pain?
20     A.   No.
21     Q.   Did you consider going to see a doctor or
22  seeking any medical attention on February 6th, 2024,
23  when you turned up the stimulator and it didn't
24  help?
25     A.   I went on the 7th.

**51**

1     Q.   I understand.  I'm asking about the 6th,
2  though, February 6th, 2024.
3     A.   No.  I guess you could say I was
4  traumatized.
5     Q.   Traumatized from the fall?
6     A.   Yes.
7     Q.   Are you still traumatized from the fall?
8     A.   Yes.
9     Q.   Have you sought any mental doctors, like,
10  psychiatrist, psychologist, for this trauma?
11     A.   No.
12     Q.   Do you recall what time you arrived back
13  at the Walmart on February 6th, 2024?
14     A.   I'm going to approximate 9:30.
15     Q.   Again, a.m. or p.m.?
16     A.   A.m.  I'm sorry.
17     Q.   And did you park in a handicap spot again?
18     A.   Yes.
19     Q.   And were you able to walk from your
20  vehicle to inside the Walmart, without any issue?
21     A.   No, I did have issues and I went straight
22  to the carts, so I can help myself walk again.
23     Q.   And so when you went inside the Walmart -
24  do you need another break?
25     A.   No.  Go ahead.

**52**

1     Q.   When you went inside the Walmart, where
2  did you go first?
3     A.   I believe I went to customer service and
4  asked -- yeah, it was customer service and I asked
5  them where the manager was and --
6        [Simultaneously talking.]
7     Q.   Hold on.  When you went to customer
8  service, can you describe, I guess, the employee
9  that you spoke to?
10     A.   Middle-aged woman, as you would say it,
11  obese.  And when I asked her, there was a room to my
12  right and the manager happened to be in the room,
13  because I told her I fell and I need to make a
14  report of it.
15     Q.   Okay.  And so let me just extract this --
16  I just want to share my screen in a second, if you
17  don't mind.  Are you able to see my screen?
18     A.   I can see it, but it's --
19     Q.   I can zoom in.
20        MR. SHARMA:  Yeah.
21  BY MR. HAGELGANS:
22     Q.   Have you seen this document before?  I can
23  scroll down, if you want to finish looking at it.
24        MR. SHARMA:  Let me just move it a little
25     closer to him.

**53**

1        MR. HAGELGANS:  Sure.
2        MR. SHARMA:  Here, you can pick it up.
3     Can you see that?  Can you read that?
4        THE WITNESS:  No.
5        MR. SHARMA:  It says," Customer Incident
6     Report" at the top.  Can you see that?
7        THE WITNESS:  Oh, no, they never showed me
8     anything.
9        MR. SHARMA:  Hold on.  Let him ask you a
10     question.
11  BY MR. HAGELGANS:
12     Q.   Yeah.  So I mean let me go down to the
13  bottom.  This is the bottom half of the document.
14  Do you see this area where it says, "Customer
15  signature"?
16     A.   Yes, I did sign that.
17     Q.   Okay.  So you did sign this statement,
18  that's your signature there?
19     A.   Yes.
20     Q.   So I'm just going to go over to where it
21  says, "Describe in your own words the events leading
22  up to the incident."  Do you see that?
23     A.   Yes.
24     Q.   It says, "Looked at vacuum and other boxes
25  and I fell at the same time, hurting knees, lower

54

1  back and right hip and right hand." Do you see
2  that?
3      A.   Yes.
4      Q.   In that statement, it doesn't say anything
5  about you picking up the boxes, does it, or picking
6  up a box?
7          MR. SHARMA:  Are you asking him to confirm
8  what's written on that document?
9          MR. HAGELGANS:  I'm just asking him, if --
10  he can correct me, but it doesn't say anything
11  in the description of the events about him
12  picking up a box --
13         MR. SHARMA:  Well, I don't think he can
14  disagree with the words that you just read.  I
15  mean --
16         MR. HAGELGANS:  He can answer the
17  question.  He can say yes or no.
18         **THE WITNESS:  I can't actually know that**
19  **and I'm going to tell you why.  I can't tell**
20  **you what the manager wrote or didn't write**
21  **because I never got copies, I never got a piece**
22  **of paper.  I have no idea what he wrote.  So he**
23  **can write anything he wanted to write, so you**
24  **can take that up with him.**
25  BY MR. HAGELGANS:

55

1      Q.   But, again, that's your signature at the
2  bottom of the page, isn't it?
3      A.   Yes.
4          MR. HAGELGANS:  We can mark this as
5      Harold 1.
6  (Exhibit Harold 1 was marked for identification.)
7  BY MR. HAGELGANS:
8      Q.   So after you made this report on
9  February 6th, 2024, what did you do afterwards?
10     **A.   After what?**
11     Q.   After making the report to Walmart.
12     **A.   I went back home and I laid down for the**
13  **rest of the day.**
14     Q.   When you got back home, did you speak to
15  your wife about, you know, what happened when you
16  were filling out the report?
17     **A.   Yeah, it took forever.**
18     Q.   When you came back home after making the
19  report, did your wife ever advise you to go seek
20  medical attention?
21     **A.   I'm not the kind of guy that just runs to**
22  **a doctor.  I think that could have ex-military on**
23  **there.**
24     Q.   Oh, and that wasn't my question.  So I'm
25  just asking, did your wife, Mary Mcentire, when you

56

1  got back from making the report at Walmart, advise
2  you to go see a doctor?
3      **A.   She might have, but I decided I would wait**
4  **a day to see how I was.**
5      Q.   And on February 6th, 2024, did you take
6  any, like, ibuprofen, Tylenol, anything like that?
7      **A.   Ibuprofen.**
8      Q.   So I'm going to share another document,
9  that was produced in discovery.
10         MR. SHARMA:  That incident report was
11     produced, right, with your responses?
12         MR. HAGELGANS:  Yes.
13         MR. SHARMA:  Okay.
14  BY MR. HAGELGANS:
15     Q.   So, can you see my screen?  If you need me
16  to zoom in, let me know.
17     **A.   I can't read that.**
18         MR. SHARMA:  Yeah.  Could you zoom in a
19     little?
20         And, Harold, you can pick up the phone if
21     you want.  To me this looks like the statement
22     that you wrote.  Can you see that okay?
23         **THE WITNESS:  I see, yeah.  Okay.**
24         MR. SHARMA:  Don't say anything.  Let him
25     ask you some questions.

57

1          **THE WITNESS:  Go ahead.**
2  BY MR. HAGELGANS:
3      Q.   So do you need a moment to read the
4  statement?
5      **A.   No, I know what it says.**
6      Q.   Okay.  So first, this part right here,
7  this area below the typewritten portion, it says
8  Harold Mcentire and there's a signature there?
9      **A.   Yes.**
10     Q.   Okay.  And that's your signature, fair?
11     **A.   Yes.**
12     Q.   Okay.  And then above the statement it
13  says ATTN, colon, Mr. Dan O'Connel?
14     **A.   Yes.**
15     Q.   Who is Mr. O'Connel?
16         MR. SHARMA:  Object to form.  Can we go
17     off the record for a moment?
18         MR. HAGELGANS:  Sure.
19         (At this time, a discussion
20         was held off the record.)
21         MR. HAGELGANS:  We can go back on the
22     record then, Brianne.  All right.  So let me
23     ask the question again, and just so we're all
24     clear, we had an off the record discussion.  I
25     told counsel, the only question regarding

**58**

1      Mr. Dan O'Connel, I just want to know who it
2   was and I'm not going to delve more into any of
3   that, at least pertaining to Dan O'Connel.
4   BY MR. HAGELGANS:
5      Q.   So, Harold, who is Dan O'Connel?
6      A.   He's an attorney.
7      Q.   Okay.  And so I just want to go over the
8   statement so, it says that you were out shopping for
9   a Bissell vacuum for your wife at Walmart Easton, PA
10  on February 6th, 2024, correct?
11     A.   Yes.
12     Q.   Okay.  So I'm going to skip the next
13  sentence to move this along.  But the third sentence
14  says, "There was two layers of boxes, one on top of
15  the other, approximately six feet tall."
16     A.   Correct.
17     Q.   Does that match your recollection?
18     A.   Yes.
19     Q.   Okay.  So then I'm going to skip the next
20  sentence and go to this one where it says, "I
21  grabbed one of the upright vacuum boxes and turned
22  to my left to put it in the shopping cart."  So I
23  want to ask, the box that you grabbed, that you
24  recall, it was vertical, like upright?
25     A.   No.

**59**

1      Q.   Okay.
2      A.   It was laying down.
3      Q.   Okay.  So I just want to know, why did you
4   put that it was an upright vacuum box, when it was
5   on its side?
6      A.   Because that's how the skid was stacked,
7   but I didn't grab one of the uprights, because the
8   one I grabbed was right in arm's reach.
9      Q.   Okay.  Then it says, as I was turning to
10  put it in my cart, boxes of vacuums started falling
11  on you.
12     A.   Right.
13     Q.   Boxes would mean it would be more than one
14  box, fair?
15     A.   Well, fair; one, two, three.  I know after
16  I stood up, I got boxes out of the aisle and put
17  them next to the skid, so nobody else would get
18  hurt.
19     Q.   Okay.  And it says, "The boxes fell on my
20  legs, causing me to trip over them."
21     A.   Yeah.
22     Q.   So -- okay.  I just wanted to confirm
23  that.
24          MR. HAGELGANS:  We can mark that as
25      Harold 2.

**60**

1    (Exhibit Harold 2 was marked for identification.)
2   BY MR. HAGELGANS:
3      Q.   All right.  Do you need a break at all?
4      A.   No.  Go ahead.  Unless you need one.
5      Q.   Let's take a two-minute break.
6          (Recess taken at 3:14 p.m.)
7          (Returned at 3:18 p.m.)
8   BY MR. HAGELGANS:
9      Q.   I am going to share my screen.  All right.
10  So can you see my screen, Harold?
11     A.   Yes.
12     Q.   Okay.  So at the top here it says 8:47:43
13  a.m.  Do you see that as well?
14     A.   Yes.
15     Q.   So I'm going to play some of the video and
16  then I'll probably ask you some questions.  Okay?
17     A.   Go ahead.
18          (Video plays.)
19     Q.   So I stopped it at 8:47:57 a.m.  So on the
20  left side of the screen above this blue box with a
21  grid inside, do you see an individual with a red
22  hat?
23     A.   Yeah.  That's me.
24     Q.   Okay.  And then, you know, I'm trying
25  to -- and then to the right of this pole with black

**61**

1   paint on it and then this metal plating at the
2   bottom of it.  To the right of it, is that box of
3   vacuum cleaners.  Can you see it?
4      A.   Yes.
5      Q.   And it has the sign above it saying 69?
6      A.   Yes.
7      Q.   So I'm going to play a little bit more.
8          (Video plays.)
9      Q.   So then at 8:48:05 a.m., from that time
10  period, you walk past the pallet and down into the
11  aisle with vacuum cleaners?
12     A.   Yes.
13     Q.   Okay.  I'm trying to get to the right
14  spot.  Play a little bit from 8:48:23 a.m.
15          (Video plays.)
16     A.   I'm back there by the shelf.
17     Q.   I'm sorry, what did you say?
18     A.   I was back by the shelf.
19          MR. SHARMA:  Let him ask you a question
20      and then answer it.
21  BY MR. HAGELGANS:
22     Q.   And then at 8:48:49 a.m., you're right
23  there in between, I guess, the $15 sign and the $29
24  sign, fair?
25     A.   Yes.

62

1    Q.   All right.  And do you recall where you
2  were looking at this time?
3    A.   I would imagine the vacuum cleaners.
4    Q.   So which one -- which vacuum cleaners,
5  because it looks like there's a lot of vacuum
6  cleaners?
7    A.   I don't know if it was a Shark or whatever
8  names you can come up with.
9    Q.   Okay.  So I'll keep playing.
10           (Video plays.)
11    Q.   So then at 8:48:57 a.m., you went to the
12  end of the aisle and turned around.  Do you recall
13  why you turned around?
14    A.   To look at other vacuums.
15    Q.   I'm going to stop sharing for a second and
16  go to the next timestamp.  All right.  So now I'm
17  sharing my screen again 8:50:47 a.m.  Can you see
18  it?
19    A.   Yes.
20    Q.   All right.  I'm going to play a little
21  bit.
22           (Video plays.)
23    Q.   So I may have missed it by a millisecond
24  or so, but it looks like in a prior frame, from
25  8:51:01, you were raising your hand as you were

63

1  exiting the aisle.
2    A.   Okay.
3    Q.   Do you know like why you were raising your
4  hand, were you waving an employee down, saying hello
5  to someone?
6    A.   I believe that's when I was asking if he
7  can give me the price on the one that's in the cart.
8    Q.   Okay.  All right.  So I'll stop sharing my
9  screen.  There's one more timestamp I would like to
10  get to.  All right.  And I'll share my screen now.
11  So at the top, do you see that it says 08:54:10
12  a.m.?
13    A.   Yes.
14    Q.   Okay.  And in this frame, next to the sign
15  29.68, is that you?
16    A.   Yes.
17    Q.   So I'm going to start playing the video
18  again.
19           (Video plays.)
20    Q.   Okay.  8:54:16 a.m., do you see yourself
21  in the image?
22    A.   Yes.
23    Q.   Is this the moment where you are starting
24  to look at the $69 vacuums?
25    A.   Yes.

64

1    Q.   Okay.  And do you recall where you were
2  specifically looking in this image?
3    A.   The skid.  The skid.
4    Q.   Okay.  Do you recall specifically though,
5  what part of this, like, the bottom black skid, the
6  first row of vacuums, second row?
7    A.   The top row, the top skid.
8    Q.   Okay.  Was anything obstructing your view
9  of the bottom row of vacuum cleaners on this skid?
10    A.   No.
11    Q.   Anything preventing you from looking at
12  that bottom row of vacuum cleaners?
13    A.   No.
14    Q.   Okay.  I'm going to play the clip again.
15           (Video plays.)
16    Q.   Okay.  So 8:54:21, do you see yourself in
17  this frame?
18    A.   Yes.
19    Q.   You see how your head is angled down?
20    A.   Well, I'm looking at a box.
21    Q.   Right.  So, you know, again, any
22  reason you couldn't have looked at the bottom row of
23  the vacuum cleaners?
24    A.   No, why would I -- I'm looking at a vacuum
25  cleaner, to purchase.

65

1    Q.   I understand.  I'm just asking, there's
2  nothing to prevent you from doing that?
3    A.   No.
4    Q.   Okay.  I'll play.
5           (Video plays.)
6    Q.   All right.  So I'm going to take it at
7  8:54:26 a.m., and that's you, I guess, with a vacuum
8  cleaner on the second row?
9    A.   Yes.
10    Q.   And it's not upright, is it?
11    A.   It's laying flat.
12    Q.   It's horizontal?
13    A.   Yes, horizontal.
14    Q.   And so I just want to -- I'll play the
15  clip again.
16    A.   All right.
17           (Video plays.)
18    Q.   All right.  So now it's at 8:54:28 a.m.
19  Do you see it?
20    A.   Yes.
21    Q.   All right.  You don't see the box being
22  lifted up, do you?
23    A.   I lifted the box up.
24    Q.   Okay.  Does it show that in the frame?
25    A.   I don't know what you're getting at.  I

66

1  have to lift it up to put it in the cart.
2      Q.   Sir, I'm just showing what the image
3  shows.  So I'll play another little bit.
4      A.   It's not showing me moving it at all right
5  now.
6              (Video plays.)
7           MR. SHARMA:  Could you rephrase the
8      question?  I don't know if he understands what
9      you're asking him.
10          MR. HAGELGANS:  Well, he answered it.  As
11     part of the instructions, if he answers --
12          MR. SHARMA:  All right.  Okay.
13  BY MR. HAGELGANS:
14     Q.   So now it's at 8:54:31 a.m.  Can you see
15  my screen?
16     A.   Yes.
17     Q.   All right.  Can you -- I can't zoom in any
18  more, I apologize.  But are you able to see this
19  area right here [indicating]?
20     A.   Yes.  Where the bottom box is separating.
21     Q.   Right.  And so --
22     A.   It's not my job to stack it safely.  It's
23  the store's.
24     Q.   That wasn't my question.  So do you see in
25  this image, you lifting the box up, off of that

67

1  first row?
2      A.   Yes.
3      Q.   How far off are you lifting that box from
4  the first row in this image?
5      A.   Approximately, four or five inches.
6      Q.   Four or five inches, okay.
7           MR. SHARMA:  Is that your best estimate?
8           THE WITNESS:  It's my best estimate.  It
9      could have been two inches.  I don't know.
10  BY MR. HAGELGANS:
11     Q.   All right.  So I'll play it from here.
12              (Video plays.)
13     Q.   And it gets scrambled.  I apologize.
14     A.   Well, why is that?
15     Q.   Sir, I -- it gets scrambled.  So I just
16  want to go to this part, 8:54:32 a.m.  Do you see
17  this?
18     A.   That's where I fall.
19     Q.   Okay.  So is the box on top of your feet
20  in this image?
21     A.   Pretty much.  It stopped my feet from
22  moving and caused me to collapse on both knees.
23     Q.   Okay.  So in this image, 8:54:32, which
24  foot is the box on top of?
25     A.   It appears the left foot.

68

1      Q.   The left foot, so that box, the bottom box
2  here is on top of your left foot, that's your
3  testimony, in this image?
4      A.   That's the one that fell, yes.
5      Q.   So in this image, I just want to clarify,
6  the box is on top of your left foot?
7      A.   I don't know if it's on top of my left --
8  or yeah --
9           MR. SHARMA:  Can you zoom in on that a
10     little more?
11          MR. HAGELGANS:  I can't.  This is the most
12     I can.  If you have an iPhone, you may be able
13     to zoom in --
14          MR. SHARMA:  It's hard to see.  It's
15     already on a small screen to begin with and --
16     all right.  I zoomed in.  There.  Now, he can
17     see that.
18          THE WITNESS:  All right.  There you go.
19          MR. SHARMA:  That's your left foot and
20     that's your right foot.
21          THE WITNESS:  Right.  And that's what
22     caused me to fall.
23  BY MR. HAGELGANS:
24     Q.   Okay.  So were your legs locked up at this
25  period?

69

1      A.   Yes.  That's when I felt myself going
2  down.
3      Q.   Now, looking at this image, does it
4  refresh your recollection as to any part of your
5  body the box hit?
6      A.   Yes, it hit my feet and my shins.
7      Q.   Okay.  Playing.
8              (Video plays.)
9      A.   And you can see in that shot, the box I
10  was holding, I let loose, because I was already
11  hitting my knees on the floor.
12     Q.   Okay.  8:54:34, that shows the moment of
13  you hitting both of your knees on the floor?
14     A.   You can see it right there, yes.  And it's
15  the lower box from the skid that fell over.
16     Q.   And we only see one box that fell over,
17  fair?
18     A.   Yes, the one that -- I threw the other box
19  that I had in my hand.
20     Q.   So we can agree it wasn't several boxes,
21  it was just one box?
22     A.   Well, I can't -- I really can't recall.  I
23  know I picked up three boxes, including the one I
24  had, after I stood up.
25          MR. SHARMA:  He's asking you what you see

70

1    on the video.  Is it one box?
2        THE WITNESS:  Yes.
3        MR. SHARMA:  Yes, okay.
4   BY MR. HAGELGANS:
5    Q.   So we will keep playing it.
6            (Video plays.)
7    Q.   So then at 8:54:40, that's you standing up
8   and using both of your hands on one of the vacuum
9   cleaner boxes to stand up?
10   A.   Yes.
11   Q.   Right?
12   A.   Yes, that's what it shows.
13   Q.   Okay.
14           (Video plays.)
15   Q.   And then at 8:54:45 a.m., you're able to
16  actually stand up, after pushing yourself off that
17  vacuum box, right?
18   A.   Yes.
19   Q.   Okay.  It didn't show you holding onto a
20  shelf or anything to get up?
21   A.   I know I leaned either where I was
22  standing there, to get myself together.  I was,
23  like, in shock.  I was embarrassed more than
24  anything.
25   Q.   Okay.  We'll continue playing the video.

71

1            (Video plays.)
2    Q.   So at 8:54:50 a.m., it looks like you're
3   cleaning on the cart and turning the one box over?
4    A.   And holding onto the cart, yup.
5    Q.   All right.  Keep playing.
6            (Video plays.)
7    A.   Standing it up, so nobody else will get
8   hurt.
9    Q.   Then at 8:55:02 a.m., that's you picking
10  up the box that you dropped?
11   A.   Yes.
12   Q.   So then at 8:55:09, that shows you leaving
13  the area?
14   A.   Yes.
15   Q.   Only picking up two boxes?
16   A.   Yes.
17   Q.   Okay.  Keep playing.
18           (Video plays.)
19   Q.   So then at 8:55:23 a.m., it looks like
20  that third vacuum you picked up, was the one you
21  then put in your cart?
22   A.   Yes.
23   Q.   And you're able to actually pick up the
24  vacuum without holding onto your cart?
25   A.   Yes.

72

1    Q.   Okay.  Keep playing.
2            (Video plays.)
3    Q.   At 8:55:33, it looks like you're looking
4   down towards the skid.  Do you see that?
5    A.   Yes.
6    Q.   Do you recall, like, why were you doing
7   that?
8    A.   To see why they fell over.
9    Q.   And do you recall taking any photographs
10  at this time?
11   A.   No, I didn't take any photograph.
12   Q.   Okay.  Keep playing.
13           (Video plays.)
14   Q.   I need to go back because there was a
15  frame I wanted to stop at, I apologize.  All right
16  8:54:41 a.m., can you still see my screen?
17   A.   Yes.
18   Q.   Do you see yourself behind that blue box
19  with like a blue grid?
20   A.   Yes.
21   Q.   All right.  It looks like you're raising
22  your left hand with, like, a finger up.  Do you see
23  that?
24   A.   Yeah.  Well -- go ahead.
25   Q.   Do you know why you were doing that, like,

73

1   were you trying to get someone's attention or --
2    A.   No, I don't know why I was doing that.  I
3   was stunned by that fall.
4    Q.   So I'll play it.
5            (Video plays.)
6    Q.   And then at 8:55:52 a.m., you're out of
7   the scene?
8    A.   Yes.
9    Q.   Okay.  I'll stop sharing my screen then.
10  Before I get to the treatment, does anyone need a
11  break?
12   A.   No.  Go ahead.
13   Q.   Okay.  Sir, when did you first seek
14  treatment relating to this accident?
15   A.   On the 7th, I called my doctor's office
16  and the doctor that was on call was Dr. Koshar.  I
17  went in to see him.  I don't recall what time, but
18  it was early.
19   Q.   And Dr. Koshar, is he with Lehigh Valley?
20   A.   Yes.
21   Q.   And so, I know you said you can't recall
22  what time you saw him, but was it, like, the
23  morning, the afternoon?
24   A.   No, it was morning.  I want to say between
25  8 and 9 o'clock in the morning, approximately.

74

1    Q.   Okay.  And do you recall, you know, what
2  your complaints were?
3    A.   Swollen knees and a sore back, painful
4  back.
5    Q.   Any other complaints?
6    A.   No, that pretty much covers it.
7    Q.   And so during this visit, do you recall
8  what pain level you reported to your doctor, Koshar,
9  regarding your knees?
10   A.   I would say about eight, an eight.
11   Q.   And what about for your back pain?
12   A.   I'll go with an eight, I was in pain.
13   Q.   Did you mention any pain in your hip?
14   A.   Not at that time, no.
15   Q.   Do you recall any physical exam being
16  performed by Dr. Koshar?
17   A.   I'm sorry, say that again.
18   Q.   Sure.  I'll rephrase it a little bit.  So
19  during that February 7th, 2024, visit with
20  Dr. Koshar, do you recall him performing a physical
21  exam?
22   A.   Oh, yes.
23   Q.   What do you recall about that physical
24  exam, like, what parts did --
25   A.   He looked at my knees, he looked at my

75

1  back.  He said I had some water in my knees and he
2  sent me for x-rays of my knees, my back, and my
3  hips.
4    Q.   Did Dr. Koshar mention anything about
5  chronic back pain?
6    A.   No.  He was on call, so he knew my
7  situation before I got there.
8    Q.   Did you make any mention about the spinal
9  stimulator?
10   A.   I'm sure that came up, yes.  And it wasn't
11  working.
12   Q.   Do you recall Dr. Koshar making any
13  recommendations regarding the spinal stimulator?
14   A.   No.
15   Q.   And so did you have those x-rays performed
16  at Lehigh Valley Internal Medicine?
17   A.   No, I believe it was St. Luke's.
18   Q.   I missed a question, I apologize.  Do you
19  recall if the x-rays were performed on February 7th
20  of 2024?
21   A.   Yes, at St. Luke's.
22   Q.   Do you recall -- your understanding, of
23  course, of what the results of the -- let's just
24  start with the x-rays of your knees?
25   A.   Yes.

76

1    Q.   Okay.  What was your understanding?
2    A.   My understanding was that I had arthritis.
3    Q.   And that was for both knees?
4    A.   Yes.
5    Q.   What about the hip?  What's your
6  understanding of the result from the x-ray of the
7  hip?
8    A.   The hip looked fine.
9    Q.   And now the lower back, what was your
10  understanding for the x-ray results for the lower
11  back?
12   A.   Well, there's arthritis.  X-rays don't
13  really show much.
14   Q.   What was that?  I'm sorry.
15   A.   X-rays don't really show much.
16   Q.   What do you base that opinion on?
17   A.   From all of the doctors I've seen in the
18  last year.
19   Q.   You don't have any medical training or
20  radiology training?
21   A.   No.
22   Q.   Okay.  So were you provided any discharge
23  instructions on February 7th, 2024?
24   A.   Yeah, basically take ibuprofen until I see
25  my family doctor.

77

1    Q.   Do you recall any recommendations for,
2  like, a knee brace or a walker?
3    A.   No.
4    Q.   What about physical therapy, was physical
5  therapy discussed on February 7th, 2024?
6    A.   No.
7    Q.   So I'm not familiar with the Lehigh Valley
8  area, so is the Lehigh Valley Hospital, is that St.
9  Luke's or are those two different buildings?
10   A.   They are two different hospitals.
11   Q.   Are they connected or did you have to
12  drive to get the x-ray?
13   A.   I had to drive.
14   Q.   Do you know how far that drive was?
15   A.   Maybe, five minutes away.  From my
16  doctor's office to Route 33, to Anderson Campus, is
17  about a five-minute drive.
18   Q.   And you were able to drive the vehicle to
19  all of these places, right?
20   A.   Yes.
21   Q.   Do you recall the next date of treatment
22  you had, related to this accident?
23   A.   No, I don't recall the next date, but I
24  remember calling Dr. Qureshi, because he approved my
25  stimulator.

78

1    Q.    Do you recall what date you called him?
2    A.    No, I don't.
3    Q.    Okay.  So at least the records I was
4    provided, the next treatment date I have is
5    February 2nd of 2024.  Does that sound familiar?
6    A.    That sounds about right.
7    Q.    Do you recall who you saw?
8    A.    Dr. Qureshi, I believe.
9    Q.    Does the name Jamie Lee Weis sound
10   familiar, W-E-I-S?
11   A.    Yes.  I apologize.  I seen her first and I
12   believe she recommended I go see other doctors.
13   Q.    Again, I just need to check my notes, do
14   you recall what complaints you made to Jamie Lee
15   Weis.
16   A.    My knees.  Yes, it was my knee.
17   Q.    Any other areas?
18   A.    Not to her, no.  She's an orthopedist.
19   Q.    From your discussions with her, did you
20   ever hear the term tricompartmental osteoarthritis?
21   A.    No, I wouldn't even know what that meant.
22   Q.    What was that?  I'm sorry.
23   A.    I wouldn't know what that would mean.  I
24   don't --
25   Q.    I'm just asking if you recall hearing

79

1    that?
2    A.    No.
3    Q.    Did you report to her that you could walk
4    without pain?
5    A.    No.
6    Q.    On a scale of one to ten, again, for your
7    knees, do you recall what you reported to her, on
8    that scale?
9    A.    Most of the time, I go with eight.
10   Q.    Is there a reason why you go with eight?
11   A.    Yeah, you got to leave room for
12   improvement.
13   Q.    Do you recall making a report that your
14   knees had improved a lot since the fall?
15   A.    No.  A report to her?
16   Q.    Yes.
17   A.    No.  I only seen her one time and she sent
18   me to other orthopedics.
19   Q.    Okay.  Again, I have to ask:  Do you
20   recall the next date for your treatment?
21   A.    I'm sure you have it in front of you.  I
22   don't.
23   Q.    You're catching on quick.  So the note
24   that I have shows March 2nd of 2024 with a
25   Dr. Konopitski?

80

1    A.    Konopitski, yes.
2    Q.    Konopitski, okay.  So I believe he's at
3    St. Luke's?
4    A.    Yes.
5    Q.    Okay.  So, again, do you recall what
6    complaints you made to him?
7    A.    Yes, that I have pain in my knees and he
8    looked at the x-rays and he took fluid out of my
9    knees on several occasions.  And there's some kind
10   of rule, you can only get fluid drawn from your
11   knees or a needle put in your knees, every three
12   months, if I'm correct on that, I'm not sure.
13   Q.    That's your understanding?
14   A.    I'm not a doctor.  Right.
15   Q.    Did Dr. -- what was his name?  I'm sorry,
16   I mispronounced it.
17   A.    Konopitski.
18   Q.    Konopitski, did he mention anything about
19   severe degenerative changes?
20   A.    He said I have arthritis in my knees, yes,
21   based on the x-rays.
22   Q.    Do you recall any discussion regarding
23   weight loss?
24   A.    They told me if I would lose some weight,
25   it would help, yeah.

81

1    Q.    And it's your understanding, if you lost
2    some weight, what would it help?
3    A.    It would help with the pressure on my
4    whole body, I mean...
5    Q.    Do you recall advising him that you turned
6    to the right instead of the left when picking up the
7    vacuum cleaner?
8    A.    No, I don't recall what I said to him.
9    Q.    Okay.  And based on your understanding,
10   did he give you any discharge instructions or
11   recommendations for further care?
12   A.    You know, now that you made me think of
13   this, I did call his office, because when I read his
14   note, he said the wrong thing, and I had him correct
15   it.  I don't know if you see that on your paperwork.
16   But he went in and corrected it.
17   Q.    Did you get a copy of that correction?
18   A.    I'm not sure.  I'm not sure.
19   Q.    Do you know when you called him?
20   A.    Soon after the day you said I seen him.
21   Q.    Other than when you called, other than
22   making the correction to the note, did you discuss
23   anything else with him?
24   A.    I might have asked the office when I was
25   coming back in for another shot.

82

1    Q.   You mentioned a shot, do you mean, like, a
2  vaccination shot --
3    A.   No --
4    Q.   -- a steroid shot?
5    A.   -- to take fluid out of my knee.
6    Q.   Oh, okay.
7         MR. SHARMA:  Do you need to take a break?
8         THE WITNESS:  No, I'm fine.  There's just
9  stuff that's going on right here.
10        MR. SHARMA:  You're doing fine.  Keep
11 going.
12        THE WITNESS:  Let me explain something to
13 you --
14        MR. SHARMA:  No, let him ask the question.
15        THE WITNESS:  Okay.  Go ahead.
16        MR. HAGELGANS:  I want to hear what he has
17 to say.  I want to hear what he has to say.
18        THE WITNESS:  Go ahead.  Never mind.  Go
19 ahead.
20 BY MR. HAGELGANS:
21    Q.   Did you recall the name of your next visit
22 with Dr. Konopitski?
23    A.   No, I don't recall.  Approximately, three
24 months from that date.
25    Q.   Well, the next date I have is March 15th,

83

1  2024, so approximately, like, 13 days after?
2    A.   Did it have to do with a shot?
3    Q.   Well, let me ask that.  So do you
4  recall -- so do you recall even visiting with Dr.
5  Konopitski on March 15th, 2024?
6    A.   I'm not sure.
7    Q.   Well, I'm just asking if you recall.
8         MR. SHARMA:  Objection to form; asked and
9  answered.  Let's move on.
10        MR. HAGELGANS:  Well, he didn't answer.
11        MR. SHARMA:  He said he doesn't know.
12        [Simultaneously talking.]
13        MR. HAGELGANS:  -- not sure if he recalls
14 or not.
15        MR. SHARMA:  Move on.  He said I don't
16 recall.
17        THE WITNESS:  I don't recall.
18        MR. HAGELGANS:  Okay.  Well, that's what I
19 needed.  He didn't say that.
20        MR. SHARMA:  He did say that.
21        MR. HAGELGANS:  No, I asked if he recalled
22 and he said, I don't know.  That's not I don't
23 recall.  That's I don't know if I recall, so I
24 will move on.
25        THE WITNESS:  Okay.  Take a breath.

84

1  Breathe.
2  BY MR. HAGELGANS:
3    Q.   With Dr. Konopitski, do you recall any
4  recommendation for a cane or walker?
5    A.   Yes, he probably offered that to me, but
6  again, being ex-military, I'm not that type of
7  person.
8    Q.   What about a knee brace, did he recommend
9  a knee brace?
10    A.   Yes, he recommended a knee brace.
11    Q.   And despite this doctor's recommendations,
12 did you use a knee brace?
13    A.   I have a knee brace, yes.
14    Q.   Do you have two knee braces, because it's
15 the bilateral knees?
16    A.   No, I have one knee brace.
17    Q.   Which knee do you use the knee brace on?
18    A.   The left one.
19    Q.   Do you recall ever treating with someone
20 named Julie Rivera?
21    A.   No, I don't know who that is.
22    Q.   So from the notes, it's someone who works
23 in neurosurgery as a medical assistance.
24    A.   That I spoke with?
25    Q.   Yes, that you spoke with.

85

1    A.   What neurosurgeon?
2    Q.   I couldn't tell from the records I had, to
3  be honest, so if you don't recall, we can move on.
4    A.   I don't recall.
5    Q.   Okay.  So do you recall your first date of
6  treatment with, I believe, it's Dr. Qureshi?
7    A.   I don't recall the date.
8    Q.   The first note I have is for May 9th,
9  2024.  Does that sound --
10    A.   That sounds right.
11    Q.   Do you recall your complaints to
12 Dr. Qureshi?
13    A.   Yes, that my stimulator wasn't working and
14 I had a lot of pain in my back from the walking and
15 my knees, but that's not his profession.
16    Q.   And so when you mentioned all of this, do
17 you recall, you know, to your understanding, what
18 his recommendation was?
19    A.   Yeah, needles in my back.
20    Q.   Does the term epidural steroid sound
21 familiar?
22    A.   That sounds -- yes, it does.
23    Q.   Did you have it that same day that you saw
24 him for the first time?
25    A.   I seriously doubt that.  It takes me a

86

1   month and a half to see a doctor.
2       Q.   And if I recall correctly, you mentioned
3   that your family doctor is Moroso?
4       A.   Yes.
5       Q.   He's with Lehigh Valley as well, right?
6       A.   Yes.
7       Q.   At least from the records I have, the
8   first date I have you seeing him is July 1st of
9   2024.  Is that --
10      A.   If that's what he says -- if that's the
11  record that he has, yes.
12      Q.   And do you recall being scheduled for a
13  right total knee replacement at that time?
14      A.   Yes, for July 31st.
15      Q.   Do you recall when that right total knee
16  surgery was scheduled, like initially?
17      A.   July 31st.
18      Q.   I'm sorry, let me rephrase.  It was a bad
19  question.  Who was the doctor scheduling the right
20  total knee replacement?
21      A.   Dr. Konopitski.
22      Q.   Okay.  Do you recall when he made the
23  recommendation for knee surgery?
24      A.   I don't recall what date, but he said if
25  he gave me the needle, I wouldn't be able to get

87

1   surgery for another three months, so whatever your
2   records are showing.
3           MR. SHARMA:  When you say "needle," do you
4       mean draining fluid again?
5           THE WITNESS:  Draining fluid or for pain.
6   BY MR. HAGELGANS:
7       Q.   And did you have any physical therapy
8   related to this incident, from February 6th, 2024,
9   until the July 1st, 2024?
10      A.   No.
11      Q.   Did any doctor provide you a home exercise
12  program?
13      A.   No, I basically did what I could myself,
14  which was very limited.
15      Q.   So what exercises did you perform?
16      A.   Trying to get my knees to go out straight
17  without pain, walking back and forth the house.
18      Q.   So I'll try and move this along faster.
19  So do you recall ever receiving an MRI related to
20  this incident?
21      A.   Several.
22      Q.   Several, okay.  So do you recall where you
23  had MRIs performed?
24      A.   More than likely, St. Luke's.
25      Q.   Do you recall the date of these MRIs?

88

1       A.   No.
2       Q.   Do you recall what areas were being
3   scanned by the MRIs?
4       A.   I know when I see my doctor -- you said
5   July 1st?
6       Q.   That was for Dr. Moroso, M-O-R-O-S-O.
7       A.   Yes, and when I told him I was scheduled
8   for a knee replacement, he told me he wanted --
9   because I didn't have knee problems, he said he
10  wanted an MRI of my right knee.
11      Q.   Okay.  So other than the right knee, did
12  he recommend any other location for an MRI to be
13  performed?
14      A.   Not at that time, because I was scheduled
15  for a knee replacement.
16      Q.   Okay.  And so do you recall when you had
17  this MRI, for your right knee?
18      A.   It must have been sometime in July,
19  because I cancelled the surgery.
20      Q.   And to your understanding, do you -- what
21  do you recall the results of the MRI were?
22      A.   A torn meniscus.
23      Q.   And so after you received the results from
24  the MRI, do you recall any further treatment for
25  your right knee?

89

1       A.   Well, I had arthroscopic surgery on the
2   right knee.  And I don't recall that date either.
3   It was pretty recent though, I'm sure you see it.
4       Q.   How recent are we talking about?
5       A.   Within the last two months.
6           MR. HAGELGANS:  I don't have those
7       records, so, Deepak, if you can get those to
8       me.
9           MR. SHARMA:  Absolutely.  Yeah.  Yeah, I'm
10      going to go in MyChart and make sure we have
11      all of the updated records.
12          MR. HAGELGANS:  Okay.  Yeah, because the
13      last report I have is for September 9th.
14          MR. SHARMA:  September 9th of 2024?
15          MR. HAGELGANS:  Yup.
16          MR. SHARMA:  Oh, wow.  All right.  I got a
17      lot to get over to you.
18          MR. HAGELGANS:  Okay.
19  BY MR. HAGELGANS:
20      Q.   So, again, I'm going to try to speed this
21  up a bit, do you recall seeing a Dr. -- I'm going to
22  butcher this, first name is Nwachuku,
23  N-W-A-C-H-U-K-U?
24      A.   Yeah, I recall him.
25      Q.   Last name C-H-I-N-E-N-Y-E?

90

1   A.   Yes, I know who you're talking about.
2   Q.   Do you recall when you say him?
3   A.   No, I don't.
4   Q.   Okay.  Why were you seeing Nwachuku?
5   A.   To see if he did orthopedic surgery --
6   orthroscopic [sic] surgery.
7        MR. SHARMA:  Arthroscopic.
8        THE WITNESS:  Yeah or whatever.
9   BY MR. HAGELGANS:
10  Q.   Okay.  And so do you recall what
11  complaints you made to Nwachuku?
12  A.   That I was having a lot of knee pain.
13  Q.   Any pain in any other area?
14  A.   No, just the knees.  He's an orthopedic --
15  he trained Dr. Konopitski.
16  Q.   Okay.  Did you mention anything about
17  lower back pain to him?
18  A.   No, he deals with knees.
19  Q.   Did you mention anything about treating
20  with Dr. Qureshi?
21  A.   No, Dr. Qureshi is spine and pain
22  management.
23  Q.   I understand.  I'm just asking if you
24  mentioned that to Nwachuku?
25  A.   Oh, I don't know.  Maybe I had a

91

1   conversation.
2   Q.   Do you recall hearing the term
3   degenerative disc disease?
4   A.   Yes, that's arthritis.
5   Q.   I'm sorry, what was that?
6   A.   Arthritis.
7   Q.   That's why it hurts, is that what you
8   said?
9   A.   No, that's not -- you said degenerative.
10       MR. SHARMA:  I'm sorry, what was the -- I
11  didn't hear that last question.
12       MR. HAGELGANS:  I thought he said, "that's
13  why it hurts," so I wanted to confirm --
14       MR. SHARMA:  Oh, no, he said, "that's
15  arthritis."
16       MR. HAGELGANS:  Oh, okay.
17       MR. SHARMA:  Is that what you said?
18       THE WITNESS:  Yes.
19       MR. SHARMA:  So your understanding of the
20  term degenerative disc disease is that it's
21  synonymous with arthritis?
22       THE WITNESS:  Yes.
23       MR. SHARMA:  Okay.
24       THE WITNESS:  Did you hear that, sir?
25  BY MR. HAGELGANS:

92

1   Q.   Yes, I did.  Thank you.
2   A.   Okay.
3   Q.   And so did you discuss with him at all
4   about physical therapy?
5   A.   No.  I'm not a believer in physical
6   therapy.  It's too expensive.
7   Q.   More expensive than surgery?
8   A.   For me to go to physical therapy, cost me
9   $40 and they tell you to lay on the table and bend
10  your knees ten times and then you're done.  I can do
11  that at home.
12  Q.   Did you advise Dr. Nwachuku of these
13  concerns or this concern?
14  A.   No.  He didn't -- he doesn't even
15  believe -- you got to love this one, he doesn't even
16  believe in MRIs.
17  Q.   So he doesn't trust the results from MRIs?
18  Is that my understanding of what you're telling me?
19  A.   No, he doesn't -- I don't understand what
20  you're saying here.
21       MR. SHARMA:  What do you mean by that?
22  BY MR. HAGELGANS:
23  Q.   Yeah.  You mentioned that Dr. Nwachuku
24  doesn't believe in MRIs.
25  A.   Yeah, because I asked him about the

93

1   arthroscopic surgery.
2   Q.   So I'm just curious, like, did he explain
3   what he meant by that he doesn't believe in MRIs?
4   A.   Yeah, because he wanted to give me a total
5   knee replacement.
6   Q.   Did he prescribe any, like, home exercise
7   program during this visit?
8   A.   No, that was pretty much the end of our
9   visit.
10  Q.   So you mentioned that you had the
11  arthroscopic surgery about two months ago?
12  A.   Yes, Dr. Heckman, St. Luke's.
13  Q.   Heckman?
14  A.   Yes.
15  Q.   Like, H-E-C-K-M-A-N?
16  A.   Yes.
17  Q.   Okay.  So have you heard of the term
18  chronic pain syndrome?
19  A.   I've heard the term, yeah.
20  Q.   Do you recall where you heard it?
21  A.   I don't know, reading, on the computer, I
22  don't know, television.
23  Q.   Did Dr. Weis ever advise you that you had
24  chronic pain syndrome?
25  A.   Not that I'm aware of.  He advised me to

**94**

1  try to get shots to try to help my back and my hips.
2      Q.   All right.  So I want to, I guess, talk
3  about, because I don't have anything after
4  September 9th, 2024, do you recall after
5  September 9th, 2024, who you saw for treatment?
6      A.   For what, my knees?
7      Q.   Yeah, let's start with your knees.
8      A.   What the hell is his name?  I saw two
9  doctors at Lehigh Valley.  They both told me I had
10  arthritis and I needed shots.  So that ended the
11  conversation there.  Again, they weren't willing to
12  help me.  And then I talked to another doctor, I
13  forget her name.  She referred me to Dr. Heckman.
14  He's the one who did the arthroscopic surgery on my
15  right knee.  They won't do it on my left knee.  I
16  get shots in my left knee that help me with my pain.
17      Q.   So after this arthroscopic surgery, have
18  you seen any improvement in your symptoms?
19      A.   That was a big help, yes.
20      Q.   And was this surgery performed at the
21  St. Luke's Hospital?
22      A.   Yes.
23      Q.   And so you mentioned it helps, like before
24  you were just saying that everything was eight out
25  of ten, like, how much did it help from that pain

**95**

1  scale, the number you gave eight out of ten?
2      A.   It took time to improve after the surgery,
3  but after surgery, I was able to walk out of the
4  hospital, without a cane or any walker or anything
5  like that, so I would say it went from maybe a five
6  and today's it's like, maybe a one, that's -- it
7  pretty much took care of the pain in my right knee.
8  And the same doctor is taking care of my left knee.
9      Q.   And you mentioned that you are receiving
10  shots for your left knee?
11      A.   Yes.
12      Q.   I just want to be clear, so they're
13  actually injecting something, they're not taking
14  fluid out?
15      A.   They're injecting a lubricant to help
16  lubricate the meniscus and my bones and to help me
17  walk better with it.
18      Q.   Do you recall the last time you had one of
19  these lubricating injections?
20      A.   I believe three months ago.
21      Q.   And so currently, what's your left knee
22  pain?
23      A.   I would give that about a six.
24      Q.   And does anything aggravate it?
25      A.   Yes, when I'm sleeping, if my knees touch

**96**

1  together, instantly, wakes me up.
2      MR. SHARMA:  I'm sorry to interrupt, I
3  think this is going to be helpful, I just
4  looked through, it looks like the date of the
5  meniscus procedure was January 7th of 2025.
6  Does that sound right?
7      THE WITNESS:  Yes.
8      MR. SHARMA:  Okay.  I'll make sure we get
9  you all of these records, Harrison.
10      MR. HAGELGANS:  Okay.  Do you have someone
11  to help you to send them to me?  I mean, I have
12  the right to redepose him.  There's a bunch of
13  records that I didn't get that were apparently
14  in your possession.
15      MR. SHARMA:  I mean, these are things that
16  I just pulled off of his MyChart right now.
17      MR. HAGELGANS:  Well, I understand, but
18  you know, you had access to them, they could
19  have been sent a long time ago.
20      MR. SHARMA:  All right.  Do you want to
21  conclude the deposition and we can figure that
22  out?
23      MR. HAGELGANS:  I mean, I still -- I want
24  to go over some other stuff.  I want to know
25  what he knows now and then talk about his

**97**

1  current complaints and everything.
2      MR. SHARMA:  Yeah.  Okay.
3      MR. HAGELGANS:  If you're okay --
4      [Simultaneously talking.]
5      MR. SHARMA:  Yeah, no, I'm saying please
6  go ahead, and then, you know, if it turns out
7  that, you know, somebody needs to come back or
8  whatever, we can talk about that at the
9  conclusion of the deposition, but let's try to
10  just keep going for now, if that's okay.
11      MR. HAGELGANS:  Yeah, that's fine.
12  BY MR. HAGELGANS:
13      Q.   Do you need a break?
14      MR. SHARMA:  He just stood up for a
15  second.
16      THE WITNESS:  No, I'm fine.  It's just my
17  butt cheeks get painful.
18      MR. SHARMA:  Do you need another cushion?
19      THE WITNESS:  No, I'm fine.
20      MR. SHARMA:  Are you sure?  Do you want to
21  take a second?
22      THE WITNESS:  I'm okay.
23      MR. SHARMA:  Go ahead.
24  BY MR. HAGELGANS:
25      Q.   All right.  So you mentioned that, you

98

1  know, when you're sleeping, your knees touch
2  together, you wake up in pain.  Do you have any
3  other complaints regarding your left knee?
4      A.   Well, like I said, I sleep with a pillow
5  between my knees.  And when they touch together, the
6  pain is -- it just wakes me right up.  I haven't had
7  a good night's sleep in a long time because of all
8  of these issues I have.
9      Q.   Have you ever been diagnosed with sleep
10  apnea?
11      A.   Yes.
12      Q.   Do you recall when you were diagnosed with
13  sleep apnea?
14      A.   I don't recall how long ago that was.
15      Q.   Was it prior to the accident?
16      A.   Probably, yes.
17      Q.   And, again, we're kind of going off of
18  your memory here, you mentioned you saw two doctors
19  at Lehigh Valley.  Do you recall their names?  And
20  let me clarify, two doctors that said it was
21  arthritis and that you needed shots and you
22  disagreed with them.  I just want to know the name
23  of those two doctors, if you recall.
24      A.   I want to say Roberts -- I'm sorry,
25  Friedman and Bowers.  I'm not sure about Bowers, but

99

1  Friedman is part of that organization, so if you get
2  ahold of Dr. Friedman, you can find out who the
3  other doctor is.
4      Q.   Okay.  Do you recall, you know,
5  Dr. Friedman mentioning anything regarding
6  osteophytes?
7      A.   No.
8      Q.   What about significant calcium in your
9  knees?
10      A.   No.  They mentioned some calcium, some
11  arthritis.
12      Q.   Okay.
13      A.   They wanted to give me shots for the --
14  they said for it to lubricate my knees.
15      Q.   And then the last treatment note I have
16  with Dr. Qureshi is September 6th of 2024.  Do
17  you -- from September 6th, 2024, until today's date,
18  have you seen Dr. Qureshi?
19      A.   Yes, I have.
20      Q.   Well, let's do it this way:  How many
21  times have you seen Dr. Qureshi from September to
22  today's date?
23      A.   This is just a guess, eight times.  And
24  they were for shots.
25      Q.   Just so I'm clear, the eight times you saw

100

1  him, you got a shot at each visit?
2      A.   I had four shots in my back and shots in
3  both hips because I have pain going down both legs.
4  I have a pinched nerve in my back.
5      Q.   Who advised you that you had a pinched
6  nerve in your back?
7      A.   One of the EMGs and an MRI and Dr. Qureshi
8  showed me on the MRI where it was pinched or -- I
9  don't know the word.
10          MR. SHARMA:  Impinged.
11          THE WITNESS:  Impingement.
12          MR. SHARMA:  Is that what you mean?
13          THE WITNESS:  Yeah.
14  BY MR. HAGELGANS:
15      Q.   And so the EMG, do you recall when you had
16  the EMG?
17      A.   No, I don't recall what date that was.
18      Q.   Do you recall who you saw for the EMG?
19      A.   It was a private organization.  My
20  attorney is going to have to send you that
21  paperwork.
22      Q.   Okay.  Do you recall who recommended you
23  to this private organization for an EMG?
24      A.   Dr. Goldberg said I should get my right
25  side checked.

101

1      Q.   All right.  Who is Dr. Goldberg?
2      A.   He's a neurosurgeon.  He puts the
3  stimulator in me.
4      Q.   Okay.
5          MR. SHARMA:  Is that at OAA Orthopedics?
6          THE WITNESS:  Yes, that's it.
7          MR. SHARMA:  Dr. Falatyn.
8  BY MR. HAGELGANS:
9      Q.   And your understanding of this EMG, what
10  were the results?
11      A.   Chronic pinched nerve on the right side
12  and I seen another neurosurgeon and he made the
13  statement, why didn't they have the left side
14  checked?  So I asked my doctor, you know, Moroso,
15  and they checked my left side and that was pinched
16  also.
17      Q.   You said you saw another neurosurgeon who
18  said, why didn't you check the left side, who was
19  the other neurosurgeon?
20      A.   Somebody that I'll never see again.  Did I
21  say that?
22          MR. SHARMA:  Please --
23          THE WITNESS:  Scrap that.
24          MR. SHARMA:  Harold, please don't say
25      things like that.

---

**102**

1    THE WITNESS:  I didn't get along with that
2    doctor, at all.
3         MR. SHARMA:  Okay.  But please be
4    respectful.  Thank you.
5         THE WITNESS:  I apologize for that.
6    BY MR. HAGELGANS:
7    Q.   What was his name?
8    A.   I don't even know his name.  I'm sorry, I
9    don't recall his name.
10   Q.   Do you know where he works at?
11   A.   He is out of Lehigh Valley.
12   Q.   Who recommended you to this other
13   neurosurgeon?
14   A.   Dr. Qureshi recommended me to see a
15   neurosurgeon, but he couldn't see me for four
16   months, so I asked who's the next available one I
17   could see, because I want to get help.  And they
18   gave me this guy.  He just totally ignored all of my
19   problems, denied the MRI, and I ended up getting up
20   and walking out.
21   Q.   And did he give you any instruction,
22   like --
23   A.   No, we were done.  I had no interest.
24   Q.   So when did you have this left EMG then?
25   A.   We'll have to get the records and look at

---

**103**

1    them.
2    Q.   Do you have, like, an estimate?
3    A.   Within the last six months.
4    Q.   And sorry, I'm not able to read my own
5    handwriting.  Have you ever had an EMG before, prior
6    to this incident?
7    A.   No.
8    Q.   Has there been any changes to your spinal
9    stimulator, I guess, within the last six months?
10   A.   No, it's still -- when they took MRIs of
11   me, they said all of the wires and the battery and
12   everything is in the same spot.
13   Q.   Have you had to constantly turn the spinal
14   stimulator up to the max, since the incident?
15   A.   It doesn't help me.  The stimulator was
16   put in because of muscle spasms.  I'm dealing with a
17   pinched nerve.
18   Q.   Do you have any numbness or tingling in
19   either of your legs?
20   A.   I have numbness in my buttocks down my
21   right leg, that goes partly down my hip on my left
22   side.
23   Q.   Do you recall when that started?
24   A.   After the fall.
25   Q.   Like directly after the fall?

---

**104**

1    A.   Yeah.  I mean, things are getting worse as
2    time goes on.
3    Q.   All right.  So we went over this a little
4    bit at the beginning, so I'm just going to try to be
5    as forward as possible and I have to explain this,
6    because sometimes people get these items mixed up.
7    So the first thing I want to know is, is there
8    anything that you can no longer do at all?  So to
9    clarify, that doesn't mean you can do it, but with
10   pain, you can do it, but, you know, it takes you
11   longer.  I want to know, are there things that you
12   can no longer do at all, since the incident?
13   A.   Yeah.  I'm not able to mow my yard.  I'm
14   not able to help my wife with anything outside.  My
15   wife is disabled.  Like I was telling you earlier, I
16   have a hard time even cooking.  I have to sit down.
17   It's hard standing on my feet.  Even taking a shower
18   is a battle for me because of standing.
19   Q.   So I'm going to have to break this down
20   again.  You mentioned you're not able to mow your
21   lawn anymore; is that fair, that you just testified
22   to that?
23   A.   Right.
24   Q.   So you can't even use the electric mower
25   that you have?

---

**105**

1    A.   No.
2    Q.   You can't lean on it to get the lawn done?
3    A.   Not right now, no.
4    Q.   Was there any time after the accident, you
5    were able to still mow the lawn?
6    A.   It was the wintertime when it happened.
7    Q.   I understand, but when it hit summer and
8    spring, were you able to mow the lawn?
9    A.   Well, I could, like, one way up and one
10   way back, but I have to sit down because the pain is
11   so much for me.
12   Q.   Okay.  So to clarify, you can still mow
13   the lawn, but you can only go one way and you have
14   to take a break and then you come back?
15   A.   Yes.
16   Q.   Okay.  You said help wife outside, that is
17   something that you can no longer do at all?
18   A.   No, I don't get involved with plants or --
19   I just don't have it in me.  The pain gets to you.
20   Q.   So you haven't helped your wife at all
21   with that hand shovel to plant stuff since the
22   accident?
23   A.   No.
24   Q.   And then you said taking a shower is a
25   battle.  So I have to clarify, because I asked about

**106**

1  things you can no longer do at all.  Are you saying
2  that you can't take a shower at all?
3      A.   Well, I used to take a shower every night,
4  now it's like every other day, sometimes I'll go
5  three days when I shower.  It's just too much.  It
6  wears me the hell out.  I mean, I don't know how to
7  explain it.
8      Q.   I just have to clarify, you know, when I
9  ask that question, I need to make sure it's things
10 you can't do anymore.  Is there anything else you
11 can no longer do at all?
12     A.   I have a hard time driving.
13     Q.   Okay.  But different question.  I want to
14 know things you cannot do at all.  We will get to
15 the things you have a hard time with next, but --
16     A.   Well, I can't walk.  When the stimulator
17 was put in me, I could walk up -- I was working my
18 way up to a half a mile walking, now I can't even
19 walk a block.  It's just too much pain.
20     Q.   So you can still walk, but you just can't
21 walk as far anymore?
22     A.   Exactly.
23     Q.   Okay.  Other than, again, things you can
24 no longer do at all, other than helping your wife
25 outside, is there anything else you can no longer do

**107**

1  at all?
2      A.   Do you include sex with that?
3      Q.   We will get to --
4               [Simultaneously talking.]
5           MR. SHARMA:  Go ahead.  Explain it.
6  BY MR. HAGELGANS:
7      Q.   So you're saying you can no longer have
8  sexual intercourse at all?
9      A.   Right, because of pain.  The pain makes
10 you not interested, let's put it that way.
11     Q.   I don't want to get into too much detail,
12 you know, but before the accident, what was the
13 frequency, if you can guess, like per week?
14     A.   Oh, once, twice a week, but that all came
15 to an end.
16     Q.   Have you spoken with any doctors about
17 working around this, trying to resolve it?
18     A.   No.  That's personal.
19     Q.   All right.  Well, I'm going to -- unless
20 there's anything else that you can no longer do, I
21 can move on to the part where you have trouble with.
22 Okay?
23     A.   Okay.
24     Q.   So you mentioned you can't shower as
25 frequently anymore because it causes you trouble.

**108**

1  You can't walk as far because it causes you trouble.
2  And you have a hard time standing on your feet.  Is
3  there anything else you have a hard time doing, that
4  you can still perform it, but it's more difficult or
5  it takes you more time?
6      A.   Yes, just everything in daily life.  Like
7  I told you about cooking, I have to sit in a chair
8  while I cook.
9      Q.   And if I recall, you have to sit in a
10 chair to fold laundry?
11     A.   Exactly, it's hard to say...
12     Q.   Hard to say, what?  I'm sorry.
13     A.   It's hard to do normal activities when you
14 have pain shooting down your legs and that includes
15 driving.
16     Q.   So what comes with -- how is driving more
17 difficult?
18     A.   Well, when I sit too much, my butt cheeks
19 start aching like hell, like right now, and I have
20 pain shooting down my right knee.  It's worse on my
21 right side than my left, but I still have pain going
22 down my left hip.
23     Q.   Okay.  And so is that immediately, as soon
24 as you start driving, you feel this pain or does it
25 take more time?

**109**

1      A.   It's daily.  It's -- right now I have --
2  my butt cheeks are aching and I have pain going down
3  my right leg, just sitting here talking to you.
4      Q.   Do you need a break at all?
5           MR. SHARMA:  Yeah, I mean, it's been three
6  hours.  Are you okay?
7           THE WITNESS:  I'm okay.
8           MR. SHARMA:  How much longer do you think
9  this is going to go, Harrison?
10          MR. HAGELGANS:  I'm talking about how it's
11 affecting his life now.  I just have, I mean,
12 maybe, like, a few more documents to show him
13 and then I think I'll be done, so probably at
14 most an hour.
15          MR. SHARMA:  You're putting more documents
16 on the screen?
17          MR. HAGELGANS:  Yeah.
18          MR. SHARMA:  About what?
19          MR. HAGELGANS:  Well, we'll find that out.
20          MR. SHARMA:  Let's go off the record for a
21 second.
22          MR. HAGELGANS:  Sure.
23          (At this time, a discussion
24          was held off the record.)
25 BY MR. HAGELGANS:

110

1    Q.   So driving, I just want to clarify, maybe
2   I missed this, the pain is like immediate, as soon
3   as you sit down?
4    A.   I am in pain when I'm sitting in my house,
5   when I get up to go to my car, when I sit in my car,
6   when I'm shopping, holding myself up on a cart, and
7   on the way back home.  If I'm folding clothes, if
8   I'm cooking, the pain is the same.  It's a pinched
9   nerve.
10    Q.   I'm just trying to figure out what you can
11   and can't do.  So that's what I'm asking.
12    A.   I told you everything.
13    Q.   When you get home with the groceries, are
14   you able to bring the groceries in yourself?
15    A.   Yeah, they're not -- what's groceries
16   weigh?  Two or three pounds.
17    Q.   Well, some people like to carry multiple
18   groceries at a time.
19    A.   I'm six foot.  I used to play sports.  I'm
20   not the kind of guy that cries over every little
21   issue.
22    Q.   Do you have any hobbies that you partake
23   in?
24    A.   I like playing chess.
25    Q.   Can you still play chess?

111

1    A.   With my daughter, occasionally.
2    Q.   How often do you play chess with your
3   daughter?
4    A.   I don't know, maybe three times a year.
5    Q.   Other than a daughter, how many children
6   do you have?
7    A.   I have two daughters and two stepchildren.
8    Q.   Have either of the two stepchildren or the
9   two daughters, have they had to help you out after
10   the accident in any way?
11    A.   Not really.  I don't ask for help.
12    Q.   Have you talked with either of your two
13   daughters or two stepchildren about the accident?
14    A.   Not really.
15    Q.   Other than chess, do you have any other
16   hobbies or activities that you partake in?
17    A.   Well, I used to be a good pool shooter,
18   but those days are done.
19    Q.   When did those days disappear?
20    A.   Probably around 2005, when I fractured my
21   T-12.
22    Q.   What about now?  I'm just asking now.  Any
23   other activities that you partake in, other than
24   chess with your daughter?
25    A.   No.  I try to help my wife, she's

112

1   disabled, the best I can.
2    Q.   What do you do to help your wife?
3    A.   I sit and fold clothes for her.  I cook
4   for her.  I shop for her.
5    Q.   Is she able to, like, dress herself, bathe
6   herself, that kind of stuff?
7    A.   Yes.
8    Q.   Okay.  Have you been on any vacations
9   since February 6th, 2024?
10    A.   No.
11    Q.   When was the last time you had a vacation?
12    A.   Probably three years ago.
13    Q.   Where did you go?
14    A.   Sandy Hook Beach, New Jersey.
15    Q.   Was it a family vacation?
16    A.   Yeah, my wife and I.
17    Q.   Okay.  I'm going to -- I'm on the final
18   stretch, so can we take a two- or three-minute break
19   to check my notes?
20    A.   Go for it.
21    MR. HAGELGANS:  Off the record.
22    (Recess taken at 4:41 p.m.)
23    (Returned at 4:45 p.m.)
24   BY MR. HAGELGANS:
25    Q.   So I'm going to share my screen right now.

113

1   Can you see it?
2    A.   Yes.  Can you blow it up --
3    Q.   Yeah, sure, I'll zoom in.  Can you see it
4   now?  I'll zoom in more.  Do you see this heading
5   here -- I'll highlight it too.  Plaintiff Harold
6   Mcentire's responses to Defendants Walmart's Request
7   for Production of Documents?
8    A.   Okay.
9    Q.   Does this look familiar at all, at least
10   from the front page?
11    A.   No.
12    Q.   Okay.  So let me go to maybe some of the
13   questions that were asked.  Do you see this No. 10
14   here?
15    A.   Yeah.
16    Q.   Do you recall reviewing this question,
17   specifically?
18    A.   What does it say?
19    Q.   Oh, I'll zoom in.  I apologize.  No. 10 on
20   this document called request -- you know, your
21   responses to the request for production says, quote,
22   Copies of any and all bills, reports, notes, and
23   records prepared by any physician, hospital, or
24   health care provider who has examined, evaluated,
25   and/or treated plaintiff(s) for injuries allegedly

114

1  sustained as a result of the alleged accident.  Do
2  you see that?
3      A.  Yes.
4      Q.  And in response it says, "See attached
5  medical records and bills."
6      A.  Yes.
7      Q.  All right.  Have you seen at least this
8  question at all, do you recall this document at all?
9      A.  From Walmart?
10     Q.  These were your responses.
11     A.  Okay.  Yeah.
12     Q.  Okay.  So, you know, there was mention
13  that there was a portal that I guess that you
14  possibly had access to, regarding medical records?
15     A.  Yes, St. Luke's, MyChart.
16     Q.  Okay.  And so I just want to scroll to the
17  bottom to the verification page, it says dated
18  January 24th, 2025.  Do you see that?  I highlighted
19  it.
20     A.  Yes.
21     MR. HAGELGANS:  We can mark this as
22     Harold 3, your responses.  And so I just want
23     to stop sharing and go to the second part of
24     that document.
25  (Exhibit Harold 3 was marked for identification.)

115

1  BY MR. HAGELGANS:
2      Q.  All right.  Can you see my screen?
3      A.  Yes.
4      Q.  If you need me to zoom in, let me know.
5  Have you seen this page before?
6      A.  Zoom in.  Is that my signature?  Yes, it
7  is.
8      Q.  Okay.  So I just want to make sure, so at
9  the top it says "Verification"?
10     A.  Yes.
11     Q.  And it says the -- the first sentence
12  says, "The undersigned verifies that the statements
13  made in the foregoing discovery responses are true
14  and correct to the best of our knowledge,
15  information, and belief."
16     A.  Yes.
17     Q.  Okay.  And it's dated September 16th,
18  2024.
19     A.  Okay.
20     Q.  Do you see that?
21     A.  Yes.
22     Q.  Okay.  And just to be clear, there is an
23  electronic signature on this page where it says
24  Harold Mcentire, but then there's -- it looks like
25  three initials?

116

1      A.  Yes.
2      Q.  Do you recall writing those initials right
3  there?
4      A.  Yes.
5      Q.  So I can stop sharing that.
6      MR. HAGELGANS:  We will call this Harold 4
7      now.
8  (Exhibit Harold 4 was marked for identification.)
9  BY MR. HAGELGANS:
10     Q.  Do you recall any time prior to signing
11  the verification, gathering the medical records you
12  had access to on this St. Luke's portal and
13  providing it?
14     A.  Providing it to --
15     MR. SHARMA:  Objection to form.  This is
16     getting into privileged territory here.  These
17     are attorney/client communications you're
18     asking him about.
19     MR. HAGELGANS:  Okay.  Sure.  Then I'll go
20     on to my next document then, if that's okay.
21  BY MR. HAGELGANS:
22     Q.  Okay.  Can you see my screen now?
23     A.  Yeah.  St. Luke's.  Go ahead.
24     Q.  And you see this 3-1 on the left, that I
25  put a box around?

117

1      A.  Can you blow that up?
2      Q.  Sure.
3      A.  Okay, 3-1.
4      Q.  Did you write that 3-1?
5      A.  No, I don't recall that.  No, that's not
6  my...
7      Q.  That's not your handwriting on this?
8      A.  No, I don't believe so, no.
9      Q.  Okay.  And so I'm going to scroll down a
10  bit.  On the bottom right of this first page,
11  there's two pages in this document.  It says 1 out
12  of 6.
13     A.  Okay.
14     Q.  Okay.  So I'm going to scroll to the
15  second page and do you see how it says 2 out of 6?
16     A.  Yes.
17     Q.  Okay.  And so, I mean, have you ever seen
18  this doctor's note before?
19     A.  What doctor is it from?
20     Q.  You're right.  I should point that out.
21  It's from encounter date 3/1/2024.
22     A.  Yeah, but what doctor?
23     Q.  Andrew Konopitski.
24     A.  Konopitski, yeah.
25     Q.  Okay.  So have you seen this document

118

1  before?
2      A.    I'm sure I have, if you have it.
3      Q.    All right.  Well, do you know where the
4  other four pages are to this document, because it
5  only goes to 2 out of 6?
6      A.    No.
7      Q.    Okay.
8          MR. HAGELGANS:  We can call this Harold 5.
9  (Exhibit Harold 5 was marked for identification.)
10          THE WITNESS:  If there are some missing,
11      it's probably my med list.
12  BY MR. HAGELGANS:
13      Q.    I'm sorry, it's probably what?
14      A.    My med list, which isn't really -- what
15  significance does that have?
16          MR. SHARMA:  Hold on.  You're not allowed
17      to ask him questions.
18          THE WITNESS:  I'm sorry.
19  BY MR. HAGELGANS:
20      Q.    I'm going to show then -- we were at 5.
21  I'll share my screen on this.  Can you see my screen
22  now?
23      A.    Yes.  Blow it up, please.
24      Q.    Yeah.  I'll blow it up.  Again, this says
25  provider, Andrew Dr. Konopitski.

119

1      A.    Okay.
2      Q.    Yeah.  You see it says office visit,
3  6/14/2024, on the top left?
4      A.    Yes.
5      Q.    Okay.  And then it actually says, you
6  know, attention Mr. Dan O'Connel.
7      A.    Okay.
8      Q.    Is that your handwriting?
9      A.    Yes.
10      Q.    Okay.  And the date on this, it says
11  6/16/2024, under St. Luke's?
12      A.    Yes.
13      Q.    Okay.  So then again, in the bottom right
14  corner it says 1/7.  Do you see that?
15      A.    Yes.
16      Q.    It looks like it's cut off halfway?
17      A.    Yes.
18      Q.    Okay.  And then again this part here, it
19  looks like it's half a two and a seven on the bottom
20  right of the second page.
21      A.    Okay.
22      Q.    Do you know where the other five pages
23  are?
24      A.    No, but I sent O'Connel paperwork and he
25  returned all of my paperwork and didn't want the

120

1  case.
2          MR. HAGELGANS:  That will be Harold 6.
3  (Exhibit Harold 6 was marked for identification.)
4  BY MR. HAGELGANS:
5      Q.    This will be the last set of documents I
6  show you.  All right.  So I'm going to share my
7  screen.
8          MR. HAGELGANS:  We will label this as
9      Harold 7.
10  (Exhibit Harold 7 was marked for identification.)
11  BY MR. HAGELGANS:
12      Q.    Can you see my screen?
13      A.    Yes.
14          MR. HAGELGANS:  And just for the Court
15      Reporter, I don't want to attach, I guess it's
16      5 and 6, any of the medical records, I just
17      want to make that known, because I don't want
18      to get involved.
19  BY MR. HAGELGANS:
20      Q.    So I'm going to scroll through these
21  photos.  Okay?  You tell me when to go to the next
22  one.  There's five photographs.  Okay?
23      A.    Can you blow that up?
24      Q.    Yes.
25      A.    All right.  Go on.  Okay.  Do you want me

121

1  to comment on these?
2      Q.    Not yet, I'm just showing you all five.
3      A.    Okay.
4      Q.    Let me know when you're finished looking
5  at it for right now.
6      A.    Yes.
7      Q.    All right.  Did you have an opportunity to
8  look at all five of these photographs?
9      A.    Yes.
10      Q.    So do you know who took these photographs?
11      A.    I did.
12      Q.    Okay.  Do you recall when you took them?
13      A.    I'm not sure.  It wasn't long after I got
14  hurt.
15      Q.    And do you know where these photographs
16  were taken?
17      A.    At the same store, Walmart.
18      Q.    And I'll go to another area, on the right
19  of the first photograph, it says -- and what looks
20  like "H. Mcentire," is that your handwriting?  I can
21  blow it up.
22      A.    Yes.
23      Q.    In the bottom of this first picture it
24  looks like there's an arrow pointing to the left?
25      A.    Right.

122

1    Q.   Did you draw that arrow?
2    A.   Yes.
3    Q.   Okay.  Why did you draw that arrow?
4    A.   Because the box is halfway off the skid.
5    Q.   And you can see it in this photograph,
6  fair?
7    A.   Don't you see it?
8    Q.   Yeah.  You can see, like, the box, as you
9  claim, is half off the skid?
10   A.   Yes.
11   Q.   Okay.  And, you know, again, let's go to
12 the second page -- or second photograph.  At the
13 bottom it says "H. Mcentire."  I'll zoom in.  Is
14 that your handwriting?
15   A.   Yes.
16   Q.   And, again, there's another arrow on the
17 bottom of the photograph, pointing at the skid.  Do
18 you see that?
19   A.   Yes.
20   Q.   Why did you draw that arrow?
21   A.   The boxes were hanging off the skid.
22   Q.   And the third photograph, I'll cut to the
23 chase.  There's another arrow drawn on the
24 photograph, is that to show it's hanging off the
25 skid?

123

1    A.   Yes.
2    Q.   Fourth photograph, again, arrow showing
3  hanging off the skid?
4    A.   Yes.
5    Q.   Fifth photograph, again, arrow to show
6  hanging off the skid?
7    A.   Yes.
8    Q.   Did you talk to any Walmart employees
9  about the items hanging off the skid?
10   A.   No.
11      MR. SHARMA:  You mean when those photos
12   were taken, right?
13      MR. HAGELGANS:  Yeah.  That's a fair
14   clarification.
15 BY MR. HAGELGANS:
16   Q.   When the photographs were taken, did you
17 talk to anyone at Walmart, like any of the
18 employees?
19   A.   No.
20   Q.   Did you ever bring it to their attention
21 when you were there visiting, taking photographs --
22   A.   No.
23   Q.   Hold on.  Let me finish.  That the items
24 were hanging off the skid?
25   A.   No.

124

1    Q.   Would you agree with me that you were able
2  to see that the items were hanging off the skid, you
3  know, when you were taking these photographs?
4    A.   That's why I took them.
5    Q.   I'll stop sharing my screen.
6       MR. HAGELGANS:  I think that is all of the
7    questions I have right now.  I don't know if
8    Deepak has any.
9       MR. SHARMA:  No, I don't.
10      MR. HAGELGANS:  Deepak, I don't know if --
11   first off, I guess, do you need our transcript
12   request?
13      MS. REPORTER:  Please.
14      MR. SHARMA:  Yes.  I would like an
15   electronic copy, please.
16      MS. REPORTER:  Got it.
17      MR. HAGELGANS:  I'll take a mini
18   electronic.
19      (At this time, a discussion
20       was held off the record.)
21      MR. HAGELGANS:  Harrison Hagelgans,
22   counsel for Walmart.  We've been here for about
23   three and a half hours so far for the
24   deposition of the plaintiff.  It's about 5:02
25   p.m.  We had a discussion off the record and

125

1  due to some issues with, you know, documents
2  only going to September 9th, and there was
3  subsequent treatment, you know, if I
4  misunderstand anything, counsel can interject,
5  but it seems that the parties are agreeing that
6  Plaintiff Harold Mcentire is able to be
7  redeposed, so long as there is, you know, a
8  cause for the redeposition, such as new facts,
9  material facts, you know, the understanding of
10 the parties that it's not going to be a second
11 bite at the apple, so to speak, but if there
12 are facts that need to be additionally delved
13 into, and this deposition will occur after the
14 deposition of Mary Mcentire, to save cost and
15 time.
16    MR. SHARMA:  Okay.  So one thing, I need
17 to add is that I know that you had noticed Mary
18 Mcentire for today, this is maybe something
19 that you and I can discuss off the record, she
20 has very, very serious health issues and it's
21 not that we don't want to make her available
22 for questioning, but I think -- I'm going to
23 have to talk to Mr. Mcentire and his wife and
24 kind of figure out how we can try to
25 accommodate that for you, because she was not

126

1  able -- physically able to come to my office
2  today.  She weighs 97 pounds.  She's really not
3  in the best health.
4      MR. HAGELGANS:  Yeah.  Look, we can put
5  this on the record, I'm fine if -- we will try
6  to make as much accommodations as possible, but
7  she has a claim, so if needs to be -- she can
8  Zoom from her home, whatever, I'm fine with
9  that.
10      MR. SHARMA:  Okay.  We can figure that
11  out.  The other thing I just wanted to note
12  with respect to the medical records, is --
13  also, Mr. Mcentire, he's still treating.  As
14  you know, he's scheduled for surgery in the
15  coming weeks or months, so obviously, because
16  his record -- his treatment is continuing,
17  we're going to do our best to keep you updated
18  with supplemental medical records and bills in
19  good faith, the best that we can.  Okay?
20      MR. HAGELGANS:  Okay.  And if this is all
21  right, we can always discuss the redeposition
22  outside the discovery deadline, because I know
23  the surgery is in May and I think our
24  arbitration is in July, we can schedule it in
25  for late July, I think, so that's also an

127

1      alternative to show the Court we're trying to
2      work this out.
3          MR. SHARMA:  Yeah.  If it turns out
4      there's a need, then yeah, I would be willing
5      to agree to something like that.
6          MR. HAGELGANS:  Okay.  All right.
7          (At 5:05 p.m., the Volume I
8      deposition of HAROLD MCENTIRE was adjourned.)

128

1              C E R T I F I C A T I O N
2
3          I, hereby certify that the proceedings and
4      evidence noted are contained fully and accurately in
5      the stenographic notes taken by me in the foregoing
6      manner, and that this is a correct transcript of the
7      same.
8
9
10
11      _____
12
13              Court Reporter - Notary Public
14
15
16
17          (The foregoing certification of this
18      transcript does not apply to any reproduction of the
19      same by any means, unless under the direct control
20      and/or supervision of the certifying reporter.)
21
22
23
24
25