UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| HAROLD MCENTIRE<br>and MARY MCENTIRE,<br>   Plaintiffs,<br><br>   v.<br><br>WALMART SUPERCENTER #2252<br>and WALMART INC.,<br>   Defendants. | :<br>:<br>:<br>:<br>:  No. 5:24-cv-5992<br>:<br>:<br>:<br>: |

_____

## **O R D E R**

**AND NOW**, this 25th day of August, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

  1.  Defendants' Motion for Summary Judgment, ECF No. 23, is **GRANTED**.

  2.  **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiffs on all counts.

  3.  The Clerk of Court is directed to **CLOSE** this case.

                 BY THE COURT:

                 */s/ Joseph F. Leeson, Jr.*
                 JOSEPH F. LEESON, JR.
                 United States District Judge