UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD MCENTIRE and MARY MCENTIRE, : <br> : <br> : CASE NO. 2:24-cv-5992 <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> WALMART SUPERCENTER #2252 and WALMART INC., : <br> : <br> Defendants. : | |

## ORDER

AND NOW this ____ day of September, 2025, after consideration of Plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) ("Motion"), and any response thereto, it is hereby ORDERED as follows:

1. The Motion is GRANTED;

2. A status conference shall be held at ____ a.m./p.m. on the ____, day of September, 2025 to discuss the specific discovery needed and extension of the timeline;

3. The Order dated August 25, 2025 granting Defendant's Motion for Summary Judgment is VACATED and disposition of said Motion is STAYED pending conclusion of the discovery discussed during the status conference.

BY THE COURT:

_____
J.