Outlook

**Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al**

| | |
|---|---|
| From | Deepak Sharma <deepak@thesharmalawoffice.com> |
| Date | Mon 8/18/2025 9:59 AM |
| To | Harrison Hagelgans <hhagelgans@bbclawfirm.com> |
| Cc | Brittney Holdan <bholdan@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com> |

Good morning - please note I intend to file a motion to compel. You have neither answered my discovery nor provided the requested deposition dates.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

---

**From:** Deepak Sharma
**Sent:** Tuesday, July 8, 2025 1:01 PM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

How are you prejudiced? I need specific facts please.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

> On Jul 8, 2025, at 12:58 PM, Harrison Hagelgans <hhagelgans@bbclawfirm.com> wrote:
>
> Hi Deepak:
>
> We will not provide deposition dates for the Walmart employees nor respond to the discovery served today as discovery is closed with the exception of Plaintiff's IME scheduled on July 29, 2025. The Court's Order dated June 11, 2025, is clear.
>
> Please allow this to serve as a formal notice that if you proceed with a Motion to Compel, we will be filing a Motion for Sanctions requesting our fees in drafting a response to the Motion to Compel and the Motion for Sanctions.
>
> Thanks!
> Harrison

**Harrison Hagelgans**  
Esquire

T: 215-600-4067  
M: 717-617-7342  
hhagelgans@bbclawfirm.com

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>  
**Sent:** Tuesday, July 8, 2025 12:48 PM  
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; Brittney Holdan <bholdan@bbclawfirm.com>  
**Cc:** James J. Green <jgreen@bbclawfirm.com>  
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

**\*\*\*External Email\*\*\***  
Please also provide deposition dates for the Walmart employee(s) identified in your discovery response. Thanks

Deepak Sharma, Esq.  
**The Sharma Law Office LLC**  
227 S. 7th Street  
Easton, PA 18042  
(610) 810-5090 (Lehigh Valley)  
(215) 839-8249 (Philadelphia)  
(732) 374-9557 (New Jersey)  
(610) 549-6582 (Fax)  
www.thesharmalawoffice.com  
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>  
**Sent:** Tuesday, July 8, 2025 12:46 PM  
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; Brittney Holdan <bholdan@bbclawfirm.com>  
**Cc:** James J. Green <jgreen@bbclawfirm.com>  
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

They've been served.

Deepak Sharma, Esq.  
**The Sharma Law Office LLC**  
227 S. 7th Street  
Easton, PA 18042  
(610) 810-5090 (Lehigh Valley)  
(215) 839-8249 (Philadelphia)  
(732) 374-9557 (New Jersey)  
(610) 549-6582 (Fax)  
www.thesharmalawoffice.com  
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

**From:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>  
**Sent:** Tuesday, July 8, 2025 12:45 PM  
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>; Brittney Holdan <bholdan@bbclawfirm.com>  
**Cc:** James J. Green <jgreen@bbclawfirm.com>  
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

Hi Deepak,

These discovery requests are sent past the discovery deadline. Therefore, we are not required to respond to them.

Thank you,  
Harrison

**Harrison Hagelgans**
Esquire



&lt;image001.jpg&gt;

NEW JERSEY | NEW YORK
PENNSYLVANIA

T: 215-600-4067
M: 717-617-7342
&lt;image002.png&gt; hhagelgans@bbclawfirm.com

BBC Law, LLP
40 Lloyd Avenue, Suite 300, Malvern, PA, 19355
&lt;image002.png&gt; bbclawfirm.com | Main: 215-977-4133 | Fax: 866-368-5234

This e-mail contains information that may be confidential and/or privileged and is intended only for the use of the owner of the e-mail address listed as the recipient of this message. If you are not the intended recipient, you may not copy, disclose or use any contents in this e-mail. If you have received this e-mail in error, please notify the sender by return e-mail and by telephone at 215.977.4133.

---

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Tuesday, July 8, 2025 12:35 PM
**To:** Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

***External Email***
We hope to have this out by July 10th but might be a few days later.

Please see additional discovery addressed to your clients attached. Kindly respond within 30 days.

Thanks.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

---

**From:** Deepak Sharma
**Sent:** Wednesday, June 11, 2025 10:40 AM
**To:** Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

FYI - plaintiff's liability expert report will be served by July 10th

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On May 29, 2025, at 3:55 PM, Brittney Holdan <bholdan@bbclawfirm.com> wrote:

Great, thanks for the update.

---

**Brittney Holdan**  T: 610-624-5249
Paralegal

<linkedinlogobottomsig_05dc4b8b-f55d-45a9-ba4b-1c237fd1e8af.png>   bholdan@bbclawfirm.com

---

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Thursday, May 29, 2025 3:53 PM
**To:** Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

***External Email***
He did have surgery yesterday. We will provide the records asap. Waiting to confirm medical lien amount before submitting demand.


Deepak Sharma, Esq.
**The Sharma Law Office LLC**
<u>227 S. 7th Street</u>
<u>Easton, PA 18042</u>
<u>(610) 810-5090</u> (Lehigh Valley)
<u>(215) 839-8249</u> (Philadelphia)
<u>(732) 374-9557</u> (New Jersey)

<u>(610)</u> 549-6582  (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com


This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

> On May 29, 2025, at 3:51 PM, Brittney Holdan <bholdan@bbclawfirm.com> wrote:
>
> Mr. Sharma,
>
> Following up on the status of the demand package in this matter.
>
> Additionally, did Plaintiff undergo his lumbar spine surgery yesterday? If so, please provide those records as soon as they are available.
>
> Thank you,
> Brittney
>
> ---
>
> **Brittney Holdan**  T: 610-624-5249
> Paralegal
>
> <linkedinlogobottomsig_05dc4b8b-f55d-45a9-ba4b-1c237fd1e8af.png>   bholdan@bbclawfirm.com
>
> ---
>
> **From:** Brittney Holdan <bholdan@bbclawfirm.com>
> **Sent:** Wednesday, May 21, 2025 11:37 AM
> **To:** Deepak Sharma <deepak@thesharmalawoffice.com>
> **Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
> **Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al
>
> Great, thank you! Attached please find a formal IME confirmation letter.