

*Deepak Sharma, Esq.*  227 S. 7th Street
deepak@thesharmalawoffice.com  Easton, PA 18042
 (610) 810-5090 (p)
*Licensed in PA, NJ and DC*  (610) 549-6582 (f)
 www.thesharmalawoffice.com

August 25, 2025

**VIA EMAIL**
The Honorable Joseph F. Leeson, Jr.
United States District Judge - Eastern District of PA
Edward N. Cahn U.S. Courthouse
504 West Hamilton Street, Suite 3401
Allentown, Pennsylvania 18101
Chambers_of_Judge_Joseph_F_Leeson_Jr@paed.uscourts.gov

      **RE:** **Harold McEntire, et al. v. Walmart, Inc., et al.**
           **United States District Court for the Eastern District of PA**
           **Case No. 2:24-cv-5992**

Dear Judge Leeson:

      As Your Honor is aware, this office represents Plaintiffs, Harold McEntire and Bernadette McEntire, in the above-referenced matter. Pursuant to Your Honor's policies and procedures, we respectfully submit this correspondence requesting a telephone status conference to address a discovery dispute. A brief summary follows.

      The present action involves a claim seeking recovery of damages for serious and permanent injuries suffered by Plaintiff Harold McEntire in a February 6, 2024 incident at a Walmart Supercenter located in Easton, PA. It is alleged that Mr. McEntire was caused to fall and suffer injury after tripping over a vacuum cleaner box that fell off an improperly stacked product display.

      To date, the parties have exchanged initial written discovery responses, and the deposition of Mr. McEntire was completed on March 19, 2025. Mr. McEntire is still actively treating for his incident-related injuries and underwent lower back surgery on May 28, 2025, from which he is still recovering. His doctors advised that he should not be evaluated independently until 4-6 months post-surgery. As such, Defendant's IME by Joshua Aurbach, MD originally scheduled for July 25, 2025 has been postponed by agreement to October 7, 2025, and Plaintiffs' IME by David Weiss, D.O. has been postponed to November 7, 2025.

On July 8, 2025, the undersigned forwarded defense counsel via email a second set of interrogatories and requests for production relating to the surveillance video produced by Defendant, along with a request for dates to conduct the depositions of the employees identified in Defendant's answers to interrogatories.  Plaintiffs need the requested discovery to effectively develop liability issues.  To date, defense counsel has not responded substantively.

Instead, defense counsel has objected and refused to answer this discovery because it was served after the discovery deadline.  While it is beyond dispute that the subject discovery was served after the deadline, the undersigned asked how Defendant was prejudiced by producing the requested fact discovery beyond the deadline, particularly because the potential resolution and/or other disposition of this matter is on hold pending the IMEs, which have also been scheduled <u>by agreement</u> to be conducted well beyond the deadline.  There has been no response to this inquiry other than reiteration of Defendant's prior objection.  Plaintiffs have exhausted all efforts to amicably resolve this matter in good faith.

Based on the foregoing, the undersigned respectfully requests a status conference to discuss this discovery issue and potential extension of the discovery deadlines.

Thank you for Your Honor's attention to this matter.

Respectfully,

**THE SHARMA LAW OFFICE LLC**

*/s/ Deepak Sharma*
Deepak Sharma

DS/pr
cc:   James Green, Esq. (via email: jgreen@bbclawfirm.com)