UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

HAROLD MCENTIRE :
and MARY MCENTIRE, :
    Plaintiffs, :
:
    v. : No. 5:24-cv-5992
:
WALMART SUPERCENTER #2252 :
and WALMART INC., :
    Defendants. :

---

**O R D E R**

**AND NOW**, this 25th day of August, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

    1.    Defendants' Motion for Summary Judgment, ECF No. 23, is **GRANTED**.

    2.    **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiffs on all counts.

    3.    The Clerk of Court is directed to **CLOSE** this case.


                        BY THE COURT:


                        */s/ Joseph F. Leeson, Jr.*
                        JOSEPH F. LEESON, JR.
                        United States District Judge