Outlook

**Fw: Harold McEntire v. Walmart et al.**

From Deepak Sharma <deepak@thesharmalawoffice.com>
Date Tue 9/9/2025 12:29 PM
To Deepak Sharma <deepak@thesharmalawoffice.com>

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Date:** March 24, 2025 at 5:25:41 PM EDT
**To:** "James J. Green" <jgreen@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>, Brittney Holdan <bholdan@bbclawfirm.com>, "James J. Green" <jgreen@bbclawfirm.com>
**Subject: Re: Harold McEntire v. Walmart et al.**

 As you know, my client is having back surgery at the end of May

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582  (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

> On Mar 24, 2025, at 4:47 PM, Deepak Sharma <deepak@thesharmalawoffice.com> wrote:
>
>  Agreed
>
> Deepak Sharma, Esq.
> **The Sharma Law Office LLC**
> 227 S. 7th Street
> Easton, PA 18042
> (610) 810-5090 (Lehigh Valley)
> (215) 839-8249 (Philadelphia)
> (732) 374-9557 (New Jersey)
> (610) 549-6582  (eFax)
> (610) 258-6741 (Fax)
> www.thesharmalawoffice.com
> deepak@thesharmalawoffice.com
>
> This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.
>
>> On Mar 24, 2025, at 2:50 PM, James J. Green <jgreen@bbclawfirm.com> wrote:

Mr. Sharma,

I am working with Mr. Hagelgans on this matter. As you will recall, the court has given the parties until April 11, 2025 to conduct discovery, even though our office requested discovery be extended into May.

We plan on obtaining a defense IME of your client, and also subpoenaing all known medical providers. Given the fact that your office still has not forwarded previously requested treatment records for your client, kindly advise if you will consent to an IME and subpoena of medical, employment and pharmacy records after the April 11, 2025 date.

Kindly advise by the end of the week, or we will make a unilateral request of the court for an extension and will advise of the reasons for same.

Thank you. My cell – 215.292.2644.

**James J. Green**
Partner

|  |  |  |
|---|---|---|
| <bbclawrounded_fe564fc4-d1ef-4f0f-91e7-9fd92946a2c2.jpg> | T: 856-291-9771<br>M: 215-292-2644<br><linkedinlogobottomsig_9b45f492-1f5f-4094-84b3-33536d31462e.png> jgreen@bbclawfirm.com |  |
| NEW JERSEY \| NEW YORK<br>PENNSYLVANIA | BBC Law, LLP<br>2005 Market Street, Suite 1940, Philadelphia, PA, 19103<br><linkedinlogobottomsig_f20c255d-0e25-40cc-bd1a-cefaae3f2301.png> bbclawfirm.com \| Main: 215-977-4133 \| Fax: 866-368-5234 |  |

This e-mail contains information that may be confidential and/or privileged and is intended only for the use of the owner of the e-mail address listed as the recipient of this message. If you are not the intended recipient, you may not copy, disclose or use any contents in this e-mail. If you have received this e-mail in error, please notify the sender by return e-mail and by telephone at 215.977.4133.

**From:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Sent:** Monday, March 24, 2025 1:40 PM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** RE: Harold McEntire v. Walmart et al.

Hi Deepak:

We have given you all of the video that is within our possession.

Thank you,
Harrison

**Harrison Hagelgans**
Esquire

T: 215-600-4067
M: 717-617-7342
hhagelgans@bbclawfirm.com

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Monday, March 24, 2025 1:44 PM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>
**Subject:** RE: Harold McEntire v. Walmart et al.

***External Email***

Please provide the video from 24 hours before and after the incident

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

---

**From:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Sent:** Monday, March 24, 2025 1:39 PM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>
**Subject:** Harold McEntire v. Walmart et al.

Hi Deepak:

Following up on the medical records that you had possession of but did not produce to us in discovery as you advised on the record during Mr. McEntire's deposition on March 19, 2025. I have been instructed to file a Motion for Sanctions requesting preclusion if I do not receive ALL the medical records within your possession by Friday, March 28, 2025, as it appears your discovery and production were not full or complete as required by the Order by Consent. As always, feel free to give me a call at 717-617-7342.

Thanks,
Harrison

**Harrison Hagelgans**
Esquire

|  | T: 215-600-4067 |  |
|---|---|---|
|  | M: 717-617-7342 |  |
|  | <image002.png> hhagelgans@bbclawfirm.com |  |
| <image001.jpg> |  |  |
| NEW JERSEY | NEW YORK PENNSYLVANIA | BBC Law, LLP  40 Lloyd Avenue, Suite 300, Malvern, PA, 19355  <image002.png>bbclawfirm.com | Main: 215-977-4133 | Fax: 866-368-5234 |  |

This e-mail contains information that may be confidential and/or privileged and is intended only for the use of the owner of the e-mail address listed as the recipient of this message. If you are not the intended recipient, you may not copy, disclose or use any contents in this e-mail. If you have received this e-mail in error, please notify the sender by return e-mail and by telephone at 215.977.4133.

<image001.jpg>
<image002.png>