Outlook

## Fw: McEntire Discovery Extension

| | |
|---|---|
| From | Deepak Sharma <deepak@thesharmalawoffice.com> |
| Date | Tue 9/9/2025 12:32 PM |
| To | Deepak Sharma <deepak@thesharmalawoffice.com> |

**From:** Brittney Holdan <bholdan@bbclawfirm.com>
**Sent:** Monday, March 3, 2025 2:17 PM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** RE: McEntire Discovery Extension

Good Afternoon,

Following up on the below request for Discovery Extension and Arbitration Adjournment. As you know, today is the discovery end date and paper discovery and depositions have not been completed. Additionally, we were recently notified that your client is scheduled for surgery after the current Arbitration date.

Finally, please be advised that we are just waiting on verification for our client's formal discovery responses and will have those over to you as soon as they are received. In the meantime, our client permitted us to provide a copy of the surveillance video for your review. Please see the below link containing the videos:

📁 McEntire - Video

Thank you,
Brittney

**Brittney Holdan**
Paralegal

| | | |
|---|---|---|
| | T:  610-624-5249 | |
| | bholdan@bbclawfirm.com |  |
| NEW JERSEY \| NEW YORK PENNSYLVANIA | BBC Law, LLP 40 Lloyd Avenue, Suite 300, Malvern, PA, 19355 🔗 bbclawfirm.com \| Main: 215-977-4133 \| Fax: 866-368-5234 | |

This e-mail contains information that may be confidential and/or privileged and is intended only for the use of the owner of the e-mail address listed as the recipient of this message. If you are not the intended recipient, you may not copy, disclose or use any contents in this e-mail. If you have received this e-mail in error, please notify the sender by return e-mail and by telephone at 215.977.4133.

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Thursday, February 27, 2025 2:15 PM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>
**Subject:** Re: McEntire Discovery Extension

**\*\*\*External Email\*\*\***

I will discuss with the client and let you know next week.  Thank you.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On Feb 27, 2025, at 2:03 PM, Harrison Hagelgans <hhagelgans@bbclawfirm.com> wrote:

Hi Deepak:

I understand your client is undergoing back surgery on May 28, 2025. Our arb is scheduled for May 9, 2025. Do you want me to reach out to push the arb back 60 days so your client can recover from back surgery?

Thanks,
Harrison

**Harrison Hagelgans**
Esquire

| | |
|---|---|
| <bbclawrounded_eac8ac6f-c63e-4efa-ab0d-074ddfa36ad8.jpg> | T: 215-600-4067<br>M: 717-617-7342<br><linkedinlogobottomsig_9b45f492-1f5f-4094-84b3-33536d31462e.png> hhagelgans@bbclawfirm.com |
| NEW JERSEY \| NEW YORK<br>PENNSYLVANIA | BBC Law, LLP<br>40 Lloyd Avenue, Suite 300, Malvern, PA, 19355<br><linkedinlogobottomsig_f20c255d-0e25-40cc-bd1a-cefaae3f2301.png> bbclawfirm.com \| Main: 215-977-4133 \| Fax: 866-368-5234 |

This e-mail contains information that may be confidential and/or privileged and is intended only for the use of the owner of the e-mail address listed as the recipient of this message. If you are not the intended recipient, you may not copy, disclose or use any contents in this e-mail. If you have received this e-mail in error, please notify the sender by return e-mail and by telephone at 215.977.4133.