Outlook

**Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al**

**From** Deepak Sharma <deepak@thesharmalawoffice.com>
**Date** Mon 7/21/2025 11:33 AM
**To** James J. Green <jgreen@bbclawfirm.com>
**Cc** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; Brittney Holdan <bholdan@bbclawfirm.com>

2 attachments (7 MB)
MCENTIRE - 6-25-25 Dr. Weiss letter.pdf; MCENTIRE - Dr. ORourke office note (7-10-25).pdf;

Please see attached.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

---

**From:** James J. Green <jgreen@bbclawfirm.com>
**Sent:** Wednesday, July 16, 2025 10:38 AM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; Brittney Holdan <bholdan@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

Kindly advise how he is not medically fit to be examined, so we can make the necessary arrangements.

**James J. Green**
Partner
T: 856-291-9771
M: 215-292-2644
jgreen@bbclawfirm.com

---

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Wednesday, July 16, 2025 10:04 AM
**To:** James J. Green <jgreen@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; Brittney Holdan <bholdan@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****
He is not fit medically. He will not attend.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient,

you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On Jul 16, 2025, at 9:58 AM, James J. Green <jgreen@bbclawfirm.com> wrote:

Good morning, Deepak.

As you know, as per the attached Confirmation Letter and Order, our office scheduled an IME of your client for **July 29, 2025**. Unless you otherwise advise, we will presume that your client will still be attending this IME on that date.

Any late cancellation or no-show fee will be the responsibility of your client.

Please let us know if you have any questions.

**James J. Green**
Partner

T: 856-291-9771
M: 215-292-2644
<linkedinlogobottomsig_9b45f492-1f5f-4094-84b3-33536d31462e.png> jgreen@bbclawfirm.com

<bbclawrounded_fe564fc4-d1ef-4f0f-91e7-9fd92946a2c2.jpg>

NEW JERSEY | NEW YORK
PENNSYLVANIA

BBC Law, LLP
2005 Market Street, Suite 1940, Philadelphia, PA, 19103
<linkedinlogobottomsig_f20c255d-0e25-40cc-bd1a-cefaae3f2301.png> bbclawfirm.com | Main: 215-977-4133 | Fax: 866-368-5234

This e-mail contains information that may be confidential and/or privileged and is intended only for the use of the owner of the e-mail address listed as the recipient of this message. If you are not the intended recipient, you may not copy, disclose or use any contents in this e-mail. If you have received this e-mail in error, please notify the sender by return e-mail and by telephone at 215.977.4133.

---

**From:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Sent:** Tuesday, July 8, 2025 1:25 PM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

Hi Deepak:

The matter is in the Court's hands at this time. If the Court should grant your Motion to Extend the Discovery Deadlines, we are more than happy to oblige with discovery. Until then, the discovery deadline is currently closed with the exception of Plaintiff's IME scheduled on July 29, 2025. Please note that the $50,000.00 offer shall remain open until the Court rules on the Motion for Summary Judgment. If you have a counter demand, please advise us.

Thanks!
Harrison

**Harrison Hagelgans**
Esquire

T: 215-600-4067
M: 717-617-7342
hhagelgans@bbclawfirm.com

---

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Tuesday, July 8, 2025 1:01 PM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****
How are you prejudiced? I need specific facts please.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)

(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On Jul 8, 2025, at 12:58 PM, Harrison Hagelgans <hhagelgans@bbclawfirm.com> wrote:

Hi Deepak:

We will not provide deposition dates for the Walmart employees nor respond to the discovery served today as discovery is closed with the exception of Plaintiff's IME scheduled on July 29, 2025. The Court's Order dated June 11, 2025, is clear.

Please allow this to serve as a formal notice that if you proceed with a Motion to Compel, we will be filing a Motion for Sanctions requesting our fees in drafting a response to the Motion to Compel and the Motion for Sanctions.

Thanks!
Harrison

**Harrison Hagelgans**
Esquire
T: 215-600-4067
M: 717-617-7342
hhagelgans@bbclawfirm.com

---

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Tuesday, July 8, 2025 12:48 PM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****
Please also provide deposition dates for the Walmart employee(s) identified in your discovery response. Thanks

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

---

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Tuesday, July 8, 2025 12:46 PM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

They've been served.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)

(610) 549-6582 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

---

**From:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Sent:** Tuesday, July 8, 2025 12:45 PM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>; Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** James J. Green <jgreen@bbclawfirm.com>
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

Hi Deepak:

These discovery requests are sent past the discovery deadline. Therefore, we are not required to respond to them.

Thank you,
Harrison

**Harrison Hagelgans**
Esquire

T: 215-600-4067
M: 717-617-7342
<image002.png> hhagelgans@bbclawfirm.com

<image001.jpg>

NEW JERSEY | NEW YORK
PENNSYLVANIA

BBC Law, LLP
40 Lloyd Avenue, Suite 300, Malvern, PA, 19355
<image002.png>bbclawfirm.com | Main: 215-977-4133 | Fax: 866-368-5234

This e-mail contains information that may be confidential and/or privileged and is intended only for the use of the owner of the e-mail address listed as the recipient of this message. If you are not the intended recipient, you may not copy, disclose or use any contents in this e-mail. If you have received this e-mail in error, please notify the sender by return e-mail and by telephone at 215.977.4133.

---

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Tuesday, July 8, 2025 12:35 PM
**To:** Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****
We hope to have this out by July 10th but might be a few days later.

Please see additional discovery addressed to your clients attached. Kindly respond within 30 days.

Thanks.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at

deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

---

**From:** Deepak Sharma
**Sent:** Wednesday, June 11, 2025 10:40 AM
**To:** Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

FYI - plaintiff's liability expert report will be served by July 10th

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On May 29, 2025, at 3:55 PM, Brittney Holdan <bholdan@bbclawfirm.com> wrote:

Great, thanks for the update.

**Brittney Holdan** T: 610-624-5249
Paralegal <linkedinlogobottomsig_05dc4b8b-f55d-45a9-ba4b-1c237fd1e8af.png> bholdan@bbclawfirm.com

---

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Thursday, May 29, 2025 3:53 PM
**To:** Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>; James J. Green <jgreen@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****
He did have surgery yesterday. We will provide the records asap. Waiting to confirm medical lien amount before submitting demand.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On May 29, 2025, at 3:51 PM, Brittney Holdan <bholdan@bbclawfirm.com> wrote:

Mr. Sharma,

Following up on the status of the demand package in this matter.

Additionally, did Plaintiff undergo his lumbar spine surgery yesterday? If so, please provide those records as soon as they are available.

Thank you,
Brittney

**Brittney Holdan** T: 610-624-5249
Paralegal <linkedinlogobottomsig_05dc4b8b-f55d-45a9-ba4b-1c237fd1e8af.png> bholdan@bbclawfirm.com

**From:** Brittney Holdan <bholdan@bbclawfirm.com>
**Sent:** Wednesday, May 21, 2025 11:37 AM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

Great, thank you! Attached please find a formal IME confirmation letter.

**Brittney Holdan** T: 610-624-5249
Paralegal <image001.png> bholdan@bbclawfirm.com

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Wednesday, May 21, 2025 11:19 AM
**To:** Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****
Yes

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On May 21, 2025, at 11:06 AM, Brittney Holdan <bholdan@bbclawfirm.com> wrote:

Mr. Sharma,

I do not believe we received confirmation that your client will be in attendance at the 7/29 IME. Please advise asap.

Thank you,
Brittney

**Brittney Holdan** T: 610-624-5249
Paralegal <linkedinlogobottomsig_05dc4b8b-f55d-45a9-ba4b-1c237fd1e8af.png> bholdan@bbclawfirm.com

---

**From:** Brittney Holdan <bholdan@bbclawfirm.com>
**Sent:** Monday, May 5, 2025 12:11 PM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

Mr. Sharma,

The previous time was taken. Please advise if Plaintiff is available for **7/29** at **8:00am** with Dr. Auerbach.

Thank you,
Brittney

**Brittney Holdan** T: 610-624-5249
Paralegal <image001.png> bholdan@bbclawfirm.com

---

**From:** Brittney Holdan <bholdan@bbclawfirm.com>
**Sent:** Monday, May 5, 2025 11:37 AM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

Mr. Sharma,

At your earliest convenience, please advise if you client is available for an IME with Dr. Joshua Auerbach in Allentown on 7/29 at 7:40am.

Thank you,
Brittney

**Brittney Holdan** T: 610-624-5249
Paralegal <image001.png> bholdan@bbclawfirm.com

---

**From:** Brittney Holdan <bholdan@bbclawfirm.com>
**Sent:** Monday, May 5, 2025 11:36 AM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

Mr. Sharma,

Following up again on the status of the authorizations. Please provided by end of day tomorrow to avoid court intervention.

Thank you,
Brittney

**Brittney Holdan** T: 610-624-5249
Paralegal <image001.png> bholdan@bbclawfirm.com

---

**From:** Brittney Holdan <bholdan@bbclawfirm.com>
**Sent:** Thursday, May 1, 2025 2:43 PM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

See attached email enclosing the authorizations sent March 14th.

**Brittney Holdan** T: 610-624-5249
Paralegal <image001.png> bholdan@bbclawfirm.com

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Thursday, May 1, 2025 2:41 PM
**To:** Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****
Kindly resend the authorizations and I will get them back you executed

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On May 1, 2025, at 2:34 PM, Brittney Holdan <bholdan@bbclawfirm.com> wrote:

Mr. Sharma,

We still have not yet received Plaintiff's executed authorizations. Please provide by end of day tomorrow to avoid court intervention.

Thank you,
Brittney

**Brittney Holdan** T: 610-624-5249
Paralegal <linkedinlogobottomsig_05dc4b8b-f55d-45a9-ba4b-1c237fd1e8af.png> bholdan@bbclawfirm.com

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Saturday, April 26, 2025 4:31 PM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****

Deepak Sharma, Esq.
**Sharma Law Office**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On Apr 22, 2025, at 7:58 AM, Deepak Sharma <deepak@thesharmalawoffice.com> wrote:

Ok

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On Apr 22, 2025, at 7:55 AM, Harrison Hagelgans <hhagelgans@bbclawfirm.com> wrote:

Deepak:

Please advise if this is okay to file and if we may sign on your behalf.

Harrison

**Harrison Hagelgans**
Esquire
T: 215-600-4067
M: 717-617-7342
<~WRD0004.jpg> hhagelgans@bbclawfirm.com

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Tuesday, April 22, 2025 7:37 AM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****
Ok I will get them to you asap.  Thank you.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)

(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On Apr 22, 2025, at 7:35 AM, Harrison Hagelgans <hhagelgans@bbclawfirm.com> wrote:

Deepak:

After discussing with Attorney Green, we can agree to one final consent order for the records to be produced by April 28, 2025, but we need preclusion of evidence language in the Order so our client can see we are moving the matter forward. Please feel free to call me at 717-617-7342 if you wish to discuss.

Thanks,
Harrison

| **Harrison Hagelgans**<br>Esquire | T: 215-600-4067<br>M: 717-617-7342<br><~WRD0004.jpg> hhagelgans@bbclawfirm.com |
|---|---|

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Monday, April 21, 2025 7:07 PM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****

I do not have the records. I am in the process of getting them. I told you I would. As you know I just returned from overseas. I appreciate your patience and courtesy, but if you really want to file a motion go ahead.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to

it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On Apr 21, 2025, at 2:39 PM, Harrison Hagelgans <hhagelgans@bbclawfirm.com> wrote:

Deepak:

Please allow this to serve as another courtesy extension to tomorrow at 9:00 a.m. eastern time. If the records are not received by then, we will be proceeding with filing the Motion for Sanctions.

Thanks,
Harrison

**Harrison Hagelgans**
Esquire

T: 215-600-4067
M: 717-617-7342
<~WRD0004.jpg> hhagelgans@bbclawfirm.com

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Tuesday, April 15, 2025 3:42 AM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****
I'm in London until Easter Sunday

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are

hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On Apr 15, 2025, at 3:31 AM, Harrison Hagelgans <hhagelgans@bbclawfirm.com> wrote:

Deepak:

Please allow this to serve as our final good faith attempt on this issue. These records should have been produced back in January 2025. Pursuant to our Consent Order, since you did not provide the full complete document production by January 2, 2025, I will be filing the Motion for Sanctions on April 21, at noon. We've given a multitude of extensions, and this discovery is now three months overdue.

Thanks,
Harrison

**Harrison Hagelgans**
Esquire

T: 215-600-4067
M: 717-617-7342
<~WRD0004.jpg> hhagelgans@bbclawfirm.com

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Friday, April 11, 2025 6:32 PM
**To:** Brittney Holdan <bholdan@bbclawfirm.com>
**Cc:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Subject:** Re: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****

I'm out of the country until Easter Sunday. I will get you these when I return.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street

Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)
(610) 549-6582 (eFax)
(610) 258-6741 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments from your computer.

On Apr 11, 2025, at 9:00 PM, Brittney Holdan <bholdan@bbclawfirm.com> wrote:

Good Afternoon, Deepak,

Following up on the status of the LVHN records and the authorizations.

Thank you,
Brittney

**Brittney Holdan**
Paralegal

T: 610-624-5249
bholdan@bbclawfirm.com

<bbclawrounded_e4dfea59-6ac3-4fb6-8e72-32f0e45b1e84.jpg>

BBC Law, LLP
40 Lloyd Avenue, Suite 300, Malvern, PA, 19355

NEW JERSEY | NEW YORK
PENNSYLVANIA

<linkedinlogobottomsig_ecd5a949-6b24-4ccc-91be-ae7ec8893f18.png>

bbclawfirm.com | Main: 2 | Fax: 866-368-5234

This e-mail contains information that may be confidential and/or privileged and is intended only for the use of the owner of the e-mail add the recipient of this message. If you are not the intended recipient, you may not copy, disclose or use any contents in this e-mail. If you hav this e-mail in error, please notify the sender by return e-mail and by telephone at 215.977.4133.

**From:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Sent:** Thursday, April 3, 2025 9:32 AM
**To:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>
**Subject:** RE: Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

*****External Email*****

Stipulation is fine. I am working on getting records from LVHN, which I will provide asap.
Thanks.

Deepak Sharma, Esq.
**The Sharma Law Office LLC**
227 S. 7th Street
Easton, PA 18042
(610) 810-5090 (Lehigh Valley)
(215) 839-8249 (Philadelphia)
(732) 374-9557 (New Jersey)

(610) 549-6582 (Fax)
www.thesharmalawoffice.com
deepak@thesharmalawoffice.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to, this email transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to me at deepak@thesharmalawoffice.com and/or by telephone call to me, and then delete this message and its attachments

from your computer.

**From:** Harrison Hagelgans <hhagelgans@bbclawfirm.com>
**Sent:** Thursday, April 3, 2025 9:20 AM
**To:** Deepak Sharma <deepak@thesharmalawoffice.com>
**Cc:** Brittney Holdan <bholdan@bbclawfirm.com>
**Subject:** Harold McEntire and Mary McEntire v. Walmart Supercenter #2252 et al

Hi Deepak:

Please see the attached proposed Joint Stipulation to Extend Discovery. Please let us know if there are revisions. If not, let us know if it can be filed. Also, I did have an opportunity to review the documents you sent. I greatly appreciate you getting that to us. However, his Lehigh Valley records are still missing. Can you produce those as well? Again, would like to avoid motion practice if possible.

Thank you!
Harrison

**Harrison Hagelgans**
Esquire

<image001.jpg>

T: 215-600-4067
M: 717-617-7342
<image002.png> hhagelgans@bbclawfirm.com

NEW JERSEY | NEW YORK
PENNSYLVANIA

BBC Law, LLP
40 Lloyd Avenue, Suite 300, Malvern, PA, 19355

<image002.png>bbclawfirm.com | Main: 215-977-4133 5234

This e-mail contains information that may be confidential and/or privileged and is intended only for the use of the owner of the e-mail add the recipient of this message. If you are not the intended recipient, you may not copy, disclose or use any contents in this e-mail. If you hav this e-mail in error, please notify the sender by return e-mail and by telephone at 215.977.4133.

<McEntire - Second Discovery Order by Agreement.docx>

<McEntire - Correspondence to Plaintiff re IME Confirmation (FINAL - 5.21.25).pdf>
<McEntire - Order Approving DME of Plaintiff.pdf>