

**Image 09:** Walmart Action Alley Display, February 6, 2024

### F.     ANALYSIS

F.1     Dangerous Condition & Cause of Mr. McEntire's Injuries

Mr. McEntire fell and was injured because the vacuum cleaner display was unsecured, unstable, and posed a tipping and falling hazard to shoppers. The vertically placed box that extended beyond the edge of the pallet was not properly placed because it did not fit on it, was less supported, and was more likely to fall. The horizontal box on top of it was the most reasonable choice for a customer to pick up because it was the lower of the horizontal boxes on top of the stack that did not require moving other boxes. It was not readily discernible to Mr. McEntire that moving this box would cause another to fall. It should have been recognized as hazardous by Walmart personnel because uneven stacking and unstable displays are known to result in collapses of merchandise and injuries.

The dangers falling merchandise poses to shoppers when items are not properly stocked by employees are widely documented in standards and publications applicable to retail safety, displays, and premises management. The National Safety Council publishes the Accident Prevention Manual For Business & Industry and the Accident Prevention Manual for Industrial Operations, which warn:

> **Merchandise Displays**
>
> **Workers must construct displays so they are stable to prevent articles from falling and injuring or tripping the customers.**

Page **9** of **14**

