UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD MCENTIRE and MARY MCENTIRE,  Plaintiffs, | : : : : |
| v. | : No. 5:24-cv-5992 |
| WALMART SUPERCENTER #2252 and WALMART INC.,  Defendants. | : : : : |

**O R D E R**

**AND NOW**, this 21st day of October, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

Plaintiffs' Motion, ECF No. 33, is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge